UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)



DAVID P. DONOVAN

*Plaintiff,*

v.

Civil Action No. 1:20-cv-1344

BETH A. WILKINSON

*Defendant.*

## NOTICE OF FILING OF MOTION FOR LEAVE TO FILE UNDER SEAL AND TO SEAL CASE

PLEASE TAKE NOTICE pursuant to Rule 5 of the Local Civil Rules of the United States District Court for the Eastern District of Virginia that David P. Donovan ("Plaintiff") has filed a Motion to File Under Seal and to Seal Case. You have seven (7) days from the date of the filing of the Motion to File Under Seal and to Seal Case to submit a memorandum in support of or in opposition to the Motion to File Under Seal and to Seal Case. You may designate all or part of such memorandum as confidential. If no objection is filed in a timely manner, then the Court may treat the Motion to File Under Seal and to Seal Case as uncontested.

Respectfully submitted, this the 12th day of November, 2020,

By: /s/ Cathy A. Hinger
Cathy A. Hinger (VSB No. 46293)
Lela M. Ames (VSB No. 75932)
WOMBLE BOND DICKINSON (US) LLP
1200 Nineteenth Street, N.W.
Suite 500
Washington, DC 20036
Telephone: 202-857-4489
Facsimile: 202-261-0029
Email: cathy.hinger@wbd-us.com
Email: lela.ames@wbd-us.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2020, I caused this Notice of Filing of Motion to File Under Seal and to Seal Case to be delivered to counsel of record for Defendant Beth A. Wilkinson, Esq., via E-Mail and addressed as follows:

Thomas G. Connolly
tconnolly@hwglaw.com

Thomas B. Mason
tmason@hwglaw.com

Jared Paul Marx
jmarx@hwglaw.com


                                          */s/ Cathy A. Hinger*
                                          Cathy A. Hinger, Esq.