UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **DAVID P. DONOVAN**  *Plaintiff*,  v.  **BETH A. WILKINSON**  *Defendant*. | Civil Action No. 1:20-cv-1344 |

## NOTICE OF FILING A MOTION TO SEAL

Pursuant to Local Civil Rule 5, Plaintiff provides this Notice of Filing a Motion to Seal on an Interim Basis Plaintiff's Confidential Reply to Defendant's Opposition to Plaintiff's Motion for Leave to File Under Seal and to Seal Case (the "Motion"). Parties and non-parties may submit memoranda in support of in opposition to the Motion within seven (7) days. If no objection is filed within seven (7) days, the Court may treat the Motion as uncontested.

Respectfully submitted, this the 18th day of November, 2020,

/s/ *Cathy A. Hinger*
Cathy A. Hinger (VSB No. 46293)
Lela M. Ames (VSB No. 75932)
Claire J. Rauscher (Admitted Pro Hac Vice)
Ana L. Jara (Admitted Pro Hac Vice)
WOMBLE BOND DICKINSON (US) LLP
1200 Nineteenth Street, N.W.
Suite 500
Washington, DC  20036
Telephone:  202-857-4489
Facsimile:  202-261-0029
Email:  cathy.hinger@wbd-us.com
Email:  lela.ames@wbd-us.com
Email:  claire.rauscher@wbd-us.com
Email:  ana.jara@wbd-us.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November, 2020, a true and correct copy of the foregoing *Notice of Filing a Motion to Seal* was filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

      */s/ Cathy A. Hinger*
      Cathy A. Hinger, Esq.