# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DAVID P. DONOVAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BETH A. WILKINSON,<br><br>　　　　Defendant. | Civil Action No. 1:20-cv-1344 |

## MOTION TO FILE DEFENDANT BETH A. WILKINSON'S OBJECTIONS TO PLAINTIFF'S PROPOSED REDACTIONS OF THE RECORD

Pursuant to Local Civil Rule 5(C), Defendant Beth Wilkinson, by undersigned counsel, hereby moves to file her Objections to Plaintiff's Proposed Redactions under seal.

Defendant is filing this motion out of an abundance of caution and to comply with her obligations under Local Rule 5(C), because Plaintiff has designated large portions of the existing record as confidential. Defendant does not believe it is necessary to seal any of the material contained in her proposed sealed filing. Pursuant to Local Civil Rule 5(C), the burden is on Plaintiff, as the designating party, to file a response to this motion complying with requirements (2), (3), and (4) of Local Rule 5(C).

Pursuant to Local Civil Rule 5(C), Defendant provides the following non-confidential description of the material that has been filed under seal: a memorandum setting out Defendant's position on redactions to existing filings in the record.

Dated: November 20, 2020         Respectfully submitted,

                                 Beth Wilkinson

                                 By: */s/ Thomas G. Connolly*
                                 Thomas G. Connolly (VA Bar No. 29164)
                                 Thomas B. Mason (*pro hac vice forthcoming*)
                                 Jared Paul Marx (VA Bar No. 91213)
                                 HARRIS, WILTSHIRE & GRANNIS, LLP
                                 1919 M Street NW, 8th Floor
                                 Telephone: (202) 730-1300
                                 Fax: (202) 730-1301
                                 tconnolly@hwglaw.com
                                 tmason@hwglaw.com
                                 jmarx@hwglaw.com

                                 *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true copy of the foregoing to be served by email on the following:

>Cathy A. Hinger
>Lela M. Ames
>WOMBLE BOND DICKINSON LLP
>1200 Nineteenth Street, NW, Suite 500
>Washington, D.C. 20036

Dated: November 20, 2020

*/s/ Thomas G. Connolly*
Thomas G. Connolly