**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| David P. Donovan,<br><br>    Plaintiff,<br><br>v.<br><br>Beth A. Wilkinson,<br><br>    Defendant. | Civil Action No. 1:20-cv-1344 |

**NOTICE OF FILING A MOTION TO SEAL**

Pursuant to Local Civil Rule 5, Defendant provides this Notice of Filing a Motion to Seal. Parties and non-parties may submit memoranda[1] in support or in opposition to the Motion to File Defendant's Prehearing Memorandum Under Seal within seven (7) days. If no objection is filed within seven (7) days, the Court may treat the motion as uncontested.

Dated: November 20, 2020

Respectfully submitted,

Defendant

By: */s/ Thomas G. Connolly*
Thomas G. Connolly (VA Bar No. 29164)
Thomas B. Mason (*pro hac vice forthcoming*)
Jared Paul Marx (VA Bar No. 91213)
HARRIS, WILTSHIRE & GRANNIS, LLP
1919 M Street NW, 8th Floor
Telephone: (202) 730-1300
Fax: (202) 730-1301
tconnolly@hwglaw.com
tmason@hwglaw.com
jmarx@hwglaw.com

*Counsel for Defendant*

---

[1] All or parts of these memoranda may be designated as confidential.

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true copy of the foregoing to be served by ECF on the following:

> Cathy A. Hinger
> Lela M. Ames
> WOMBLE BOND DICKINSON LLP
> 1200 Nineteenth Street, NW, Suite 500
> Washington, D.C. 20036

Dated: November 20, 2020

*/s/ Thomas G. Connolly*
Thomas G. Connolly