IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DAVID DONOVAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | Civil Action No. 1:20-cv-01344 (AJT/IDD) |
| ) | |
| BETH A. WILKINSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

FOR REASONS stated during the Zoom hearing and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiff's Emergency Motion for Clarification of the Court's November 17, 2020 Order on Sealing [Dkt. No. 41] is **GRANTED in part** and **DENIED in part**.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 20th day of November 2020.

/s/ Ivan D. Davis
Ivan D. Davis
Alexandria, Virginia  United States Magistrate Judge