UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| DAVID P. DONOVAN,<br><br>      *Plaintiff*,<br><br>v.<br><br>BETH A. WILKINSON,<br><br>      *Defendant*. | Civil Action No. 1:20-cv-1344 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff David P. Donovan, by and through undersigned counsel, hereby gives notice of his voluntary dismissal of this case without prejudice.

Dated: November 23, 2020

/s/ *Cathy A. Hinger*
Cathy A. Hinger (VSB No. 46293)
Lela M. Ames (VSB No. 75932)
Claire J. Rauscher (Admitted Pro Hac Vice)
Ana L. Jara (Admitted Pro Hac Vice)
WOMBLE BOND DICKINSON (US) LLP
1200 Nineteenth Street, N.W.
Suite 500
Washington, DC 20036
Telephone: 202-857-4489
Facsimile: 202-261-0029
Email: cathy.hinger@wbd-us.com
Email: lela.ames@wbd-us.com
Email: claire.rauscher@wbd-us.com
Email: ana.jara@wbd-us.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was filed on November 23, 2020 using the CM/ECF system, which will serve all counsel of record.

                                                      */s/ Cathy A. Hinger*
                                                      Cathy A. Hinger, Esq.