UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| DAVID P. DONOVAN<br><br>Plaintiff,<br><br>v.<br><br>BETH A. WILKINSON<br><br>Defendant,<br><br>PRO-FOOTBALL, INC.<br><br>Intervenor. | Civil Action No. 1:20-cv-01344 (AJT/IDD) |

NOTICE OF FILED LETTER AND REDACTED DOCUMENTS

Pursuant to Local Civil Rule 5(c) and this Court's Order on December 9, 2020, Intervenor Pro Football Inc., d/b/a the Washington Football Team (the "Team"), provides this Notice of Filed Letter to the Court and redacted documents submitted to Magistrate Judge Ivan D. Davis on December 17, 2020.

Respectfully submitted, this 18th day of December, 2020.

DECHERT LLP

By: /s/ *Christina Guerola Sarchio*
Christina Guerola Sarchio
VA Bar No. 87166
1900 K Street NW
Washington, D.C. 20006
Phone: (202) 261-3300
Fax: (212) 261-3333
christina.sarchio@dechert.com

Andrew J. Levander (*admitted pro hac vice*)
Neil A. Steiner (*admitted pro hac vice*)
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500
Fax: (212) 698-3599
andrew.levander@dechert.com
neil.steiner@dechert.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December, 2020, a true and correct copy of the foregoing *Notice of Filed Letter and Redacted Documents* was filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

<u>/s/ *Christina Guerola Sarchio*</u>
Christina Guerola Sarchio
