

1900 K Street, NW
Washington, DC 20006-1110
+1 202 261 3300 Main
+1 202 261 3333 Fax
www.dechert.com

**CHRISTINA SARCHIO**

christina.sarchio@dechert.com
+1 202 261 3465 Direct
+1 202 261 3031 Fax

December 17, 2020

**VIA HAND DELIVERY**

Clerk's Office
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314
<u>**Attn: Lynn**</u>

Re: *Donovan v. Wilkinson* - No. 1:20-cv-01344

To the Clerk's Office:

We represent the Intervenor Pro-Football Inc. in the above-referenced case. After several meet and confers, the parties have reached agreement that the documents referenced below should be filed on the public docket pursuant to Judge Ivan D. Davis's November 25, 2020, Dkt. 68.

1. Transcript of Motion Hearing Before the Honorable Judge Ivan D. Davis on November 20, 2020 (Public Session)

2. Transcript of Motion Hearing Before the Honorable Judge Ivan D. Davis on November 20, 2020 (Sealed Session)

3. Plaintiffs Confidential Memorandum in Support of Motion to Seal Plaintiff's Statement Regarding Redacted Materials and to Seal the November 30, 2020 Hearing, Dkt. 51, dated November 11, 2020

4. Plaintiff's Confidential Reply to Defendant's Opposition to Plaintiff's Motion for Leave to File Under Seal and to Seal Case, Dkt. 40, November 17, 2020

Please contact me should you have any questions.

Sincerely,

Christina Guerola Sarchio

CC:    All Counsel of Record