**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| DAVID P. DONOVAN, <br><br> Plaintiff, <br><br> v. <br><br> BETH A. WILKERSON, <br><br> Defendant. | Civil Action No. 1:20-CV-01344-AJT-IDD |

**INTERVENOR WP COMPANY LLC'S NOTICE OF HEARING**
**ON MOTION TO INTERVENE**

Please take notice that intervenor WP Company LLC d/b/a The Washington Post (the "Post), by counsel, will call its Motion to Intervene Pursuant to Rule 24 on Wednesday, January 27, 2020, at 10:00 a.m., or as soon thereafter as counsel may be heard, in the United States District Court for the Eastern District of Virginia, 401 Courthouse Square, Alexandria, Virginia, 22314, or remotely at the Court's convenience using Zoomgov Remote Videoconference or Teleconference services as set forth in General Orders 2020-09 and 2020-24.

Dated:  December 18, 2020

Respectfully submitted,

**DAVIS WRIGHT TREMAINE LLP**,

*/s/ Patrick J. Curran Jr.*
Patrick J. Curran Jr. (VSB #86144)
Laura Handman (*pro hac vice*)
1301 K Street NW
Suite 500 East
Washington, D.C.  20005-3317
(202) 973-4200
(202) 973-4499 (fax)
patcurran@dwt.com
laurahandman@dwt.com

Adam Rich (*pro hac vice*)
1251 Avenue of the Americas
21st Floor
New York, NY 10020-1104
(212) 489-8230
(212) 489-8340 (fax)
adamrich@dwt.com

*Attorneys for WP Company LLC d/b/a The Washington Post*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December, 2020, I caused the foregoing to be served via the court's CM/ECF system, which will send notification to all counsel of record.

December 18, 2020

*/s/ Patrick J. Curran Jr.*
Patrick J. Curran Jr.