# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| DAVID P. DONOVAN<br><br>Plaintiff,<br><br>v.<br><br>BETH A. WILKINSON<br><br>Defendant,<br><br>PRO-FOOTBALL, INC.<br><br>Intervenor. | Civil Action No. 1:20-cv-01344 (AJT/IDD) |

## INTERVENOR PRO-FOOTBALL, INC.'S
## LOCAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, Intervenor Pro Football Inc., d/b/a the Washington Football Team (the "Team"), hereby certifies that Pro-Football, Inc. is wholly owned by WFI Group, Inc., which in turn is wholly owned by Washington Football, Inc. Pro-Football, Inc. has no publicly traded parent, subsidiary, or affiliate. No publicly held corporation owns 10% or more Pro-Football, Inc.'s stock.

Respectfully submitted, this the 18th day of December, 2020,

**DECHERT LLP**

By: /s/ *Christina Guerola Sarchio*
Christina Guerola Sarchio
VA Bar No. 87166
1900 K Street NW
Washington, D.C. 20006
Phone: (202) 261-3300
Fax: (212) 261-3333
christina.sarchio@dechert.com

Andrew J. Levander (*admitted pro hac vice*)
Neil A. Steiner (*admitted pro hac vice*)
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500
Fax: (212) 698-3599
andrew.levander@dechert.com
neil.steiner@dechert.com

## CERTIFICATE OF SERVICE

I hereby Certify that on this 18th Day of December, 2020, a true and correct copy of the foregoing *Intervenor Pro-Football, Inc.'s Local Rule 7.1 Corporate Disclosure Statement* was filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                                            /s/ *Christina Guerola Sarchio*
                                                          Christina Guerola Sarchio