UNITED STATES DISTRICT COURT EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **DAVID P. DONOVAN,**<br><br>*Plaintiff*,<br><br>v.<br><br>**BETH A. WILKINSON,**<br><br>*Defendant*. | Civil Action No. 1:20-cv-1344 |

## ORDER

Upon consideration of Plaintiff David P. Donovan's Consent Motion for Extensions of Time to File Response to Motion to Intervene and Reply, and for good cause shown, it is hereby ORDERED, that the deadline for Plaintiff David P. Donovan, Defendant Beth A. Wilkinson, and intervener Pro Football, Inc. d/b/a The Washington Football Team to file responses to the Motion to Intervene ("Motion") filed by WP Company LLC d/b/a The Washington Post (the "Post") [ECF 98] is hereby extended to January 8, 2021, and the Post's deadline to file a reply in support of its Motion is extended to January 19, 2021.

Dated: December 22, 2020

/s/ Ivan D. Davis
Magistrate Judge Ivan D. Davis