# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DAVID P. DONOVAN, | |
| Plaintiff, | Civil Action No. 1:20-cv-1344 |
| v. | |
| BETH A. WILKINSON, | |
| Defendant. | |

## NOTICE OF SEALED FILING

Pursuant to Local Civil Rule 5, Defendant provides this Notice Sealed Filing and attached cover letter, providing corrected versions of documents previously filed under seal at Docket Entry # 95.

Dated: December 23, 2020

Respectfully submitted,

Beth Wilkinson

By: */s/ Jared Paul Marx*
Thomas G. Connolly (VA Bar No. 29164)
Thomas B. Mason (*pro hac vice forthcoming*)
Jared Paul Marx (VA Bar No. 91213)
HARRIS, WILTSHIRE & GRANNIS, LLP
1919 M Street NW, 8th Floor
Telephone: (202) 730-1300
Fax: (202) 730-1301
tconnolly@hwglaw.com
tmason@hwglaw.com
jmarx@hwglaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true copy of the foregoing to be served by ECF on all parties.

Dated: December 23, 2020                    /s/ Jared Paul Marx
                                            Jared Paul Marx