

1919 M STREET NW
SUITE 800
WASHINGTON DC 20036

TEL +1 202 730 1300
FAX +1 202 730 1301
HWGLAW.COM

ATTORNEYS AT LAW

December 23, 2020

**Via Hand Delivery**

Clerk's Office
Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

    Re:    **Donovan v. Wilkinson, 20-cv-1344**

To the Clerk's Office:

We represent defendant Beth Wilkinson in the above-referenced matter. Due to a miscommunication between Ms. Wilkinson and the Intervenor Washington Football Team, four of the color-coded documents that the Intervenor filed with the Court on December 17, 2020, Dkt. No. 95, contain errors in showing which text Ms. Wilkinson agrees should be redacted. We attach here corrected versions of those four documents to replace the versions filed by Intervenor, using the same color-coding scheme as in the original filing (red identifies the redactions that Ms. Wilkinson agrees with Intervenor and Plaintiff are proper under the Court's order on redactions; yellow identifies additional text that Intervenor and Plaintiff request be redacted; and green identifies additional text that only Intervenor requests be redacted). The four corrected documents are:

- The Complaint and its attachments

- Plaintiff's Confidential Memorandum in Support of Plaintiff's Motion to File Under Seal and to Seal Case

- Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction and Incorporated Memorandum of Law

- Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction

The Intervenor and Plaintiff are aware of this request for correction and substitution of these four mark-ups for the versions previously submitted. Plaintiff and Intervenor take no position on the request for substitution at this time due to insufficient time to review and respond and reserves their rights to assert objections, if necessary, at a later time.

Sincerely,

*/s/ Jared Paul Marx*

Thomas G. Connolly
Jared P. Marx
Thomas B. Mason (*pro hac vice*)

*Harris, Wiltshire & Grannis LLP*

Counsel for defendant Beth Wilkinson