# Exhibit G

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **PETER J. MESSITTE** | **6500 CHERRYWOOD LANE** |
| **UNITED STATES DISTRICT JUDGE** | **GREENBELT, MARYLAND 20770** |
| | **301-344-0632** |

## MEMORANDUM

TO:   Counsel of Record

FROM:   Judge Peter J. Messitte

RE:   *Rothman et al. v. Snyder*
        Civ. No. PJM-20-3290

DATE:   December 21, 2020

* * *

The Court has received the *Washington Post*'s letter, ECF No. 78, requesting that the public have access to the sealed virtual hearing on Plaintiffs' motion for sanctions, scheduled for tomorrow at 3:00 PM.

The *Post* will have 10 minutes to present argument at the start of the hearing, during which a public access line will be available. Following the *Post*'s argument, the public access line will close and the remainder of the proceedings will be sealed. Thereafter, the Court will likely release a redacted transcript of the hearing.

Despite the informal nature of this ruling, it shall constitute an order of the Court, and the Clerk is directed to docket it accordingly.

                                                                /s/
                                                    PETER J. MESSITTE
                                                    UNITED STATES DISTRICT JUDGE

cc:   Court file