# Document Filed in Error and Removed

(Summons issued in Error)