# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| DAVID P. DONOVAN<br><br>Plaintiff,<br><br>v.<br><br>BETH A. WILKINSON<br><br>Defendant,<br><br>PRO-FOOTBALL, INC.<br><br>Intervenor. | Civil Action No. 1:20-cv-01344 (AJT/IDD) |

### INTERVENOR PRO-FOOTBALL, INC.'S MOTION TO STAY CERTAIN ORDERS OF THE MAGISTRATE JUDGE AND HALT ENTRY ON THE PUBLIC DOCKET OF REDACTED COPIES OF SEALED DOCUMENTS

Intervenor Pro-Football, Inc., d/b/a the Washington Football Team (the "Team" or "Intervenor"), pursuant to Local Civil Rule 7, hereby respectfully moves to (1) stay any action required by the Magistrate Judge's March 16, 2021 Order [Dkt. 165], April 6, 2021 Order [Dkt. 173], and April 13, 2021 Orders [Dkts. 174 & 175] (together, the "Orders"), and (2) halt the Clerk and all parties from posting on the public docket any sealed documents, including the memoranda on the Team's motion to reconsider [Dkts. 169-1 & 172], or redacted versions of any sealed documents, so that the District Court Judge can review the Team's forthcoming objections to the Orders pursuant to 28 U.S.C. § 636(b)(3).

Respectfully submitted, this 14th day of April, 2021,

Washington, D.C.                    **DECHERT LLP**

                        By:  s/ *Christina Guerola Sarchio*
                              Christina Guerola Sarchio
                              Virginia Bar No. 87166
                              1900 K Street NW
                              Washington, D.C. 20006
                              Phone: (202) 261-3300
                              Fax: (212) 261-3333
                              christina.sarchio@dechert.com

                              Andrew J. Levander (admitted *pro hac vice*)
                              Neil A. Steiner (admitted *pro hac vice*)
                              Three Bryant Park
                              1095 Avenue of the Americas
                              New York, NY 10036
                              Phone: (212) 698-3500
                              Fax: (212) 698-3599
                              andrew.levander@dechert.com
                              neil.steiner@dechert.com

                              Theodore E. Yale (admitted *pro hac vice*)
                              2929 Arch St.
                              Philadelphia, PA 19004
                              Phone: (215) 994-4000
                              Fax: (215) 994-2222
                              theodore.yale@dechert.com

                              *Attorneys for Intervenor Pro-Football, Inc.*