

Suite 500 East
1301 K Street NW
Washington, D.C.  20005-3317

**Patrick J. Curran Jr.**
202.973.4277 tel

patcurran@dwt.com

April 21, 2021

**VIA ECF**
Hon. Anthony J, Trenga
United States District Court
Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re:     *Donovan v. Wilkinson*, Case No. 1:20-cv-01344-AJT-IDD

Dear Judge Trenga:

      This firm represents nonparty WP Company LLC d/b/a The Washington Post (the "Post").

      The Post previously filed two separate motions to intervene in this matter for the limited purpose of asserting the compelling public interest in access to public records.  *See* Dkts. 99, 125, 156.  We write to respectfully highlight this prior briefing for the Court, and to offer further briefing on the urgent need for public access to court records in this case (some of which have now been under seal for five months), if the Court believes that such additional briefing (as *amici* or intervenor) would assist the Court in deciding the Objections to Magistrate Judge's Ruling or Recommendation filed by Intervenor Pro-Football Inc.  *See* Dkt. 192.

      We thank the Court for its attention to the issues of access raised by the Post.

Respectfully submitted,

Davis Wright Tremaine LLP

*/s/ Patrick J. Curran*
                Patrick J. Curran

Copy to:    All counsel (via ECF)