## APPENDIX

**Redaction #1**



[Doc. No. 74] (UNDER SEAL) at 6; *see also* [Doc. No. 193-1] (UNDER SEAL) at 2; [Doc. No. 203] (UNDER SEAL) at 29-30

**Redaction #2**



[Doc. No. 61] (UNDER SEAL) at 2; *see also* [Doc. No. 193-1] (UNDER SEAL) at 2; [Doc. No. 203] (UNDER SEAL) at 30

**Redaction #3**



[Doc. No. 46-2] (UNDER SEAL) at 2-3; *see also* [Doc. No. 193-1] (UNDER SEAL) at 3; [Doc. No. 203] (UNDER SEAL) at 30

**Redaction #4**



[Doc. No. 46-2] (UNDER SEAL) at 9-10; *see also* [Doc. No. 193-1] (UNDER SEAL) at 3; [Doc. No. 203] (UNDER SEAL) at 30

**Redaction #5**



[Doc. No. 155] (UNDER SEAL) at 29; *see also* [Doc. No. 193-1] (UNDER SEAL) at 4; [Doc. No. 203] (UNDER SEAL) at 30

**Redaction #6**



[Doc. No. 55] (UNDER SEAL) at 27; *see also* [Doc. No. 193-1] (UNDER SEAL) at 4; [Doc. No. 203] (UNDER SEAL) at 30-31

**Redaction #7**



████████████████████████████████

[Doc. No. 61] (UNDER SEAL) at 1, 5-6; *see also* [Doc. No. 193-1] (UNDER SEAL) at 4-5; [Doc. No. 203] (UNDER SEAL) at 31-32

**Redaction #8**

████████████████████████████████

██

████████████████████████████████

[Doc. No. 155] (UNDER SEAL) at 38-40; *see also* [Doc. No. 193-1] (UNDER SEAL) at 6; [Doc. No. 203] (UNDER SEAL) at 32

**Redaction #9**

████████████████████████████████

[Doc. No. 74] (UNDER SEAL) at 14; *see also* [Doc. No. 193-1] (UNDER SEAL) at 6; [Doc. No. 203] (UNDER SEAL) at 32

**Redaction #10**

████████████████████████████████

██

████████████████████████████████

[Doc. No. 155] (UNDER SEAL) at 38-40; *see also* [Doc. No. 193-1] (UNDER SEAL) at 6; [Doc. No. 203] (UNDER SEAL) at 32

**Redaction #11**

████████████████████████████████

███████████████████████████████

[Doc. No. 46-2] (UNDER SEAL) at 9-10; *see also* [Doc. No. 193-1] (UNDER SEAL) at 3; [Doc. No. 203] (UNDER SEAL) at 30