**Report of Prof. Anthony Sebok**

███████████

I have been retained by the law firm of Reed Smith LLP to provide an expert opinion for their own use in their representation of their client, ████████████ in connection with the legal representation provided by ████████████████ In my opinion ██████████████ has acted in violation of applicable rules of professional responsibility such that it has breached obligations that it owed to ████████████████████████

## I.  BIOGRAPHICAL MATERIALS

I am a Professor of law and Co-Director of the Jacob Burns Center for Ethics in the Practice of Law, Benjamin N. Cardozo School of Law, where I have taught legal ethics from 2007 to the present.  The Jacob Burns Center for Ethics in the Practice of Law was established in 1991 at Cardozo to support education programming promoting a commitment to ethical objectives among both students and the legal profession.  I teach Professional Responsibility at Cardozo and frequently write and speak on topics pertaining to the Rules of Professional Conduct.

Before coming to Cardozo in 2007, I was the Centennial Professor of Law and the Associate Dean for Research at Brooklyn Law School, where I taught for 15 years.  I was a Fellow in the Program in Law and Public Affairs at Princeton University from 2005-06, and in 1999, I was a Fellow at the American Academy in Berlin.

In addition to the foregoing, I have served as a Visiting Professor of Law at several institutions, including Cornell Law School (Spring 2018), Haifa University in Israel (Spring 2016),

Columbia Law School (Fall 2011), and Tsinghua University School of Law in Beijing, China (Summer 2010).

A current copy of my curriculum vitae is attached.

## II.   **DOCUMENTS REVIEWED AND RELIED UPON**

I have based this letter on the materials that have been supplied to me by you as well as on conversations with persons connected to this matter arranged by you, including ███████████

and ██████████████████

## III.   **STATEMENT OF BACKGROUND FACTS**



## IV.   REPORT

I have been asked to opine whether ▮▮▮▮▮ has violated rule of professional responsibility or otherwise acted improperly in connection with its representation ▮▮ I believe it has.  Below is my analysis.  It is based on D.C. Rule of Professional Conduct ("DCRPC") as well as the *Restatement of the Law (Third): The Law Governing Lawyers* ("*Restatement*") and other sources, including treatises and bar committee opinions.

### A.  Rule 1.13

D.C. Rule of Professional Conduct ("DCRPC") 1.13: Organization as Client, says:

(a) A lawyer employed or retained by an organization represents the organization acting through its duly authorized constituents.

. . . .

3

(c) In dealing with an organization's directors, officers, employees, members, shareholders, or other constituents, a lawyer shall explain the identity of the client when it is apparent that the organization's interests may be adverse to those of the constituents with whom the lawyer is dealing.

(d) A lawyer representing an organization may also represent any of its directors, officers, employees, members, shareholders, or other constituents, subject to the provisions of Rule 1.7. If the organization's consent to the dual representation is required by Rule 1.7, the consent shall be given by an appropriate official of the organization other than the individual who is to be represented, or by the shareholders.

███████████████████████████████████████████████████████████████

██████████████████████████████████████ In the words of the Hazard, Hodes, and Jarvis treatise,

*The Law of Lawyering,* █████████████████████████████████████████████

D.C Bar Opinion 269 (1997) ("Obligations of Lawyer for Corporation to Clarify Role in

Internal Investigation") is directly on point in this matter.  It notes that a lawyer for the client, ████

████████ will be tempted – perhaps in the grip of misguided zeal – to "minimize any perception

by the corporate constituent that the corporation and the constituent may have differing interests."[2]

This is because if ████████ was ████████ lawyer, ████ had a duty "to be mindful" of ████████[3]

At least since 1997, a lawyer in the District of Columbia has been on notice that a constituent in

an internal investigation "may consider the lawyer as also representing the [constituent's] personal

interest, *absent a warning to the contrary*."[4] ████████████████████████████

---

[1] *See* GEOFFREY C. HAZARD JR., WILKINSON. WILLIAM HODES & PETER R. JARVIS, THE LAW OF LAWYERING §18.23 (4TH ED. 2014) (hereafter "HAZARD ET. AL.").

[2] D.C. Bar Op. 269.

[3] *Ibid.*

[4] *Id* (emphasis added).  The obligation on the part of the lawyer to consider the interests of the constituent is even greater in situation just like the one ████████████████████

When a closely held corporation is involved, the lawyer will more often be expected to represent both the corporation and the principals with whom he has personally dealt. Moreover, in close corporations, it is more likely than in the case of a large hierarchical institu-



██████████████ duty to ██████ existed regardless of whether ██████████ interests were

adverse to ██████ and it existed regardless of whether ██████████ knew or believed, ██████████

██████████████████████████████████, that the information ██████████████

██████ would be harmful to ██████ interests were ██████ to fail to maintain its confidentiality.[5] *See Re-*

*statement* §131, cmt e:

> If a person affiliated with an organization makes an unsolicited disclosure of infor-
> mation to a lawyer who represents only the organization, indicating the person's
> erroneous expectation that the lawyer will keep the information confidential from
> the organization, the lawyer must inform the person that the lawyer does not repre-
> sent the person (see § 103, Comment e).[6]

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████ This is precisely why D.C. Bar Op. 269 identifies loss of control over con-

fidence as a harm that flows from a lawyer's breach of Rule 1.13.[7]

### B. Rule 1.18

---

tion that the individual constituents will suppose that the company lawyer is also representing them – *even when that is not the case*. This suggests that the lawyer ought to be especially careful to discuss the matter fully with all concerned."

HAZARD ET. AL. at §18.25 (emphasis in original).

[5] ████████████████████████████████████████████████
████████████████████ Rule 1.13 focuses on the disclosure ████████████████████

[6] ████████████████████████████████████████████████
██████████████████████████████████████.

[7] *See* D.C. Bar Op 269 ("Confidentiality").

DCRPC Rule 1.18: Duties to Prospective Client says:

(a) A person who discusses with a lawyer the possibility of forming a client-law-yer relationship with respect to a matter is a prospective client.

(b) Even when no client-lawyer relationship ensues, a lawyer who has had dis-cussions with a prospective client shall not use or reveal information learned in the consultation, except as permitted by Rule 1.6.

. . . .

the communication between ▮▮▮ and ▮▮▮ imposed an express duty under Rule 1.18 ▮▮▮ not to reveal any confidential infor-mation learned in that (and other similar) communications with ▮▮▮ breached that duty in its subsequent communications with third parties concerning ▮▮▮

The obligation to maintain client confidentiality in DCPRC 1.6 and the *Restatement* is a

---

[8] *See, e.g., Morris v. Margulis,* 718 N.E.709 (Ill. App. Ct., 5th Dist. 1999), *rev'd on other grounds,* 754 N.E.2d 314 (Ill. 2001) (Interview between lawyer for client corporation with constituent CEO created duties even if no attorney-client relationship was formed as a result of communication).

prophylactic, and its breach cannot be excused merely because no proven harm flowed from the

breach. As Restatement § 59 says:

> A lawyer may not justify adverse use or *disclosure* of client information simply because the information has become known to third persons, if it is not otherwise generally known. *Moreover, if a [] client specifically requests that information of any kind not be used or disclosed in ways otherwise permissible, the lawyer must either honor that request . . . .* (emphasis added).[10]

███████████████████████████████████████████████████████

█████████████████████████

C. Rule 4.4

DCRPC Rule 4.4: Respect for Rights of Third Persons says:

> (a) In representing a client, a lawyer shall not use means that have no substantial purpose other than to embarrass, delay, or burden a third person, or knowingly use methods of obtaining evidence that violate the legal rights of such a person.

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████ violated

---

[10] The word removed in the brackets is "current". It is not clear whether Restatement cmt c used the word "current" in the technical sense (as opposed to former or prospective) or temporal (the request was made during the relevant attorney-client interaction. Restatement § 15 (A Lawyer's Duties to a Prospective Client) states a "lawyer must not subsequently use or disclose confidential information learned [from a prospective client], except to the extent permitted with respect to confidential information of a client or former client."

DCRPC Rule 4.4 by improperly obtaining evidence prohibited form disclosure under ███

███ Again, the violation exists independent of any proof of injury to any party, as it is a rule of

ethics. ████████████████████████████████████████████

████████████████

### D.  Rule 8.4

DCRPC Rule 8.4: Misconduct says:

It is professional misconduct for a lawyer to:
  . . .
   (c) Engage in conduct involving dishonesty, fraud, deceit, or misrepresentation;

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████ This is a direct violation of Rule 8.4, ████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████

## **CONCLUSION**

In my opinion ████████ has acted in violation of DCRPC Rule 1.13, Rule 1.18, Rule 4.4 and Rule 8.4. Its violation of these rules breached duties it owed to ████ and the ████ as well as perhaps to others.

All of my foregoing opinions are made with a reasonable degree of professional certainty.



Anthony J. Sebok

**Exhibit 3**

LAW OFFICES OF
MICHAEL S. ROSS
ONE GRAND CENTRAL PLACE
60 EAST 42ND STREET
FORTY-SEVENTH FLOOR
NEW YORK, NY 10165

TELEPHONE
(212) 505-4060
FACSIMILE
(212) 505-4054
E-MAIL
michaelross@rosslaw.org

██████████████

**BY ELECTRONIC MAIL**

James C. McCarroll, Esq.
Jordan W. Siev, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022

Re:    Expert Legal Ethics Opinion Regarding Issues Related To
████████  ████  ██████████  █  █  ████  ███████
██████████████████████████████████████████

Dear Messrs. McCarroll and Siev:

A.    **INTRODUCTION.**

Your representatives have asked me to provide my expert legal ethics opinion concerning

certain questions related to ████████████████████████████████████████

███████████████████████████████████████████████████  As

discussed in detail further below, for purposes of this Opinion, I have assumed the following

facts. ████████████████████

████████████████████████████████████████████████

████████████████████████████████████

[2]This Opinion was prepared at the request of, and solely for the benefit of, you and your
firm.  It is not directed to, nor is it to be relied upon by, any other person or entity.

LAW OFFICES OF
MICHAEL S. ROSS

James C. McCarroll, Esq.
Jordan W. Siev, Esq.

███████████

Page 2

███████████████████████████████████████

██████████████████████████████████████████ ,

████████████████████████████████████████████████

█████████████████████████████████████████

██████████████████████████████ ███████ ██

█████████████████████████████████████████████

██████

███████████████████████

1)   Whether ██████ statement to ██████████ ██████
     ████████████████████████████████ was ethically
     and legally appropriate under Rules 4.1(a) and 8.4(c) of the
     District of Columbia Rules of Professional Conduct (the
     "Rules"[3]) ████████████████████████████████
     ████████████████████████████████
     ████████████████

2)   Whether ██████ sharing of information concerning ██████
     ██████ with ██████ violated its duties under Rule 1.1 and
     1.3, requiring diligence and competence, ██████████████
     ████████████████████████████████
     ████████████████████████

3)   Whether ██████ wrongfully revealed information provided to
     it by ██████
     ████████████████████████████████
     ████████████████████████████████
     ████████████████████

_____

[3] I am assuming that, pursuant to the choice of law provision of Rule 8.5(b)(2)(ii), the
Rules to be applied are the D.C. Rules ███████████████████████████
████████████████████████████████████████████████████
████████████████████████████

LAW OFFICES OF
MICHAEL S. ROSS

James C. McCarroll, Esq.
Jordan W. Siev, Esq.

████████████████

Page 3

For the reasons set forth below, it is my opinion, to a reasonable degree of professional

certainty, that: ████████ statement to ████████ ████████████████████

████████████ violated Rules 4.1(a) and 8.4(c) ████████████████

████████████████████████████████████████████ 2) ████

sharing of ████████████ confidential information concerning ████████████ with ████

violated its duties under Rule 1.1 and 1.3 ████████████████████

████ and 3) ████ wrongfully revealed information provided to it by ████████████

████████████████████████████████████████████

████████████

## B.   QUALIFICATIONS.

I am a member of the Bar of the State of New York, and am admitted to practice before

the Southern and Eastern Districts of New York, the United States Court of Appeals for the

Second Circuit, and the United States Supreme Court.

I am an Adjunct Professor at Benjamin N. Cardozo School of Law (where I teach Fall

and Spring courses in Litigation Ethics) and an Adjunct Associate Professor at Brooklyn Law

School (where I generally teach Fall, Spring and Summer courses in Professional

Responsibility). In addition, in my more than three decades of teaching at Cardozo Law School,

I have taught a variety of ethics, trial practice and judicial administration courses and, from 1984

through 2010, I served as the Executive Director/Team Leader of Cardozo's annual two-week

Intensive Trial Advocacy Program. I have continued to serve on the Program's faculty; and,

LAW OFFICES OF
MICHAEL S. ROSS

James C. McCarroll, Esq.
Jordan W. Siev, Esq.
██████████
Page 4

each year, I provide the mandatory two-hour introductory lecture to all of the Program's students in connection with evidentiary objections and evidentiary foundations.

I earned my Bachelor of Arts degree, *cum laude*, from Rutgers University in 1971, where I was elected to the Phi Beta Kappa Society; and earned my *Juris Doctor* in 1974 from New York University School of Law. After graduating law school, I served as a Kings County Assistant District Attorney and, thereafter, as an Assistant United States Attorney for the Southern District of New York's Criminal Division.

In addition to teaching ethics at two law schools, since 2001, I have maintained a private law practice, the Law Offices Of Michael S. Ross, with offices located at 60 East 42nd Street, 47th Floor, New York, New York 10165. My work (and that of my staff) consists of regularly providing ongoing consultation and guidance to lawyers and law firms concerning appropriate courses of action when dealing with ethical and related issues which arise in the day-to-day practice of law. I regularly consult with lawyers and law firms to assess potential and actual claims of legal malpractice, and possible violations of the New York Judiciary Law relating to disciplinary and fiduciary duty issues. Of particular importance to this opinion is the fact that a significant part of my work and that of my firm focuses on issues related to conflicts of interest, lawyers' obligations of candor and honesty, lawyers' obligations of competency and diligence, and disclosure obligations in the context of corporate matters and fiduciary obligations; and, over the years, I have advised and represented many lawyers and law firms in disciplinary and other matters involving these issues.

LAW OFFICES OF
MICHAEL S. ROSS

James C. McCarroll, Esq.
Jordan W. Siev, Esq.

Page 5

I am a very active Continuing Legal Education speaker.  I have lectured extensively on ethics-related matters, speaking every year to thousands of admitted lawyers on issues relating to attorney ethics and professional responsibility.  I have taught and lectured on attorney ethics issues at approximately 400 Continuing Legal Education programs for lawyers, law firms and judges, sponsored by, among others:  the New York State Academy of Trial Lawyers; the Federal Bar Council; the New York State Bar Association; the Appellate Divisions, First, Second and Third Judicial Departments; the American Bar Association; the New York State Judicial Institute (the official teaching facility created by New York State to educate judges, law clerks and court staff members); the Association of Professional Responsibility Lawyers (a national group of ethics lawyers); the Practicing Law Institute; the Association of the Bar of the City of New York; the New York County Lawyers' Association; and the New York State Trial Lawyers' Association.

Over the years, I have served as a member of the Association of the Bar of the City of New York's Committee on Professional Discipline; the New York County Lawyers' Association Committee on Professional Discipline; the New York State Bar ("NYSBA") Association's Committee on Professional Discipline; the NYSBA's Special Committee on Procedures for Judicial Discipline; the NYSBA Special Committee on Unlawful Practice of Law (which considered the activities of suspended and disbarred attorneys as well as individuals who are not admitted attorneys); and the NYSBA's Special Committee on Mass Disaster (which has worked on the ethical provision of services during public disasters).  I have also served on the Board of Advisors of the New York County Lawyers' Association Institute of Legal Ethics.

LAW OFFICES OF
MICHAEL S. ROSS

James C. McCarroll, Esq.
Jordan W. Siev, Esq.
███████████████
Page 6

My background, training and practical experience in the fields of criminal law, attorney ethics and professional responsibility are set forth in my *curriculum vitae*, a copy of which is attached hereto as "Exhibit A."

I render this opinion in my individual capacity and not in connection with any of the entities with which I am connected.

**C.     STATEMENT OF ASSUMED FACTS.**

My opinion is based upon the following assumed set of facts, as provided to me by you:



LAW OFFICES OF
MICHAEL S. ROSS

James C. McCarroll, Esq.
Jordan W. Siev, Esq.
████████████████
Page 7



LAW OFFICES OF
MICHAEL S. ROSS

James C. McCarroll, Esq.
Jordan W. Siev, Esq.

Page 8



Law Offices Of
Michael S. Ross

James C. McCarroll, Esq.
Jordan W. Siev, Esq.
████████████
Page 9



D.    **OPINION.**

1.    **INTRODUCTION.**

Based upon the assumed facts set forth above, I have been asked to opine on the following three issues:



1)    Whether ████ statement to ████████
      was ethically and legally appropriate under Rules 4.1(a)
      and 8.4(c) ████████████

2)    Whether ████ sharing of information concerning ████
      ████ with ████ violated its duties under Rule 1.1 and
      1.3, requiring diligence and competence, ████

3)    Whether ████ wrongfully revealed information provided to
      it by ████

My views as to each of these issues are set out below *seriatim*.

LAW OFFICES OF
MICHAEL S. ROSS

James C. McCarroll, Esq.
Jordan W. Siev, Esq.
██████████████
Page 10

2. ███ **STATEMENT TO** ██████ ██ ███ **WAS ETHICALLY AND LEGALLY INAPPROPRIATE UNDER RULES 4.1(a)[4] AND 8.4(c).[5]**



██ statement to ██████ ██ ██ ████████ ███ was

ethically and legally inappropriate under Rules 4.1(a) and 8.4(c) ██████

---

[4] Rule 4.1(a) provides that:  "In the course of representing a client, a lawyer shall not knowingly … [m]ake a false statement of material fact or law to a third person."

[5] Rule 8.4(c) provides that a lawyer may not "[e]ngage in conduct involving dishonesty, fraud, deceit, or misrepresentation."

LAW OFFICES OF
MICHAEL S. ROSS

James C. McCarroll, Esq.
Jordan W. Siev, Esq.
███████████████

Page 11

███   ██████████████████████████████████████████████

████████████████████████████████████████████████

As noted above, Rule 4.1(a) provides that "[i]n the course of representing a client, a lawyer shall not knowingly … [m]ake a false statement of material fact or law to a third person[.]"  Similarly, Rule 8.4(c) provides that a lawyer may not "[e]ngage in conduct involving dishonesty, fraud, deceit, or misrepresentation."  It is my opinion that ████ conduct in misrepresenting ████ ██████████ ████████████████ █████████████ violated Rule 4.1(a) and Rule 8.4(c).

3.   ████████ **SHARING OF INFORMATION CONCERNING** ████
   ██████ **WITH** ████ **VIOLATED ITS DUTIES OF COMPETENCE AND DILIGENCE.**

Relatedly, it is my opinion that ████ sharing of information concerning ████████ with ████ violated ████ ethical duties under Rule 1.1 and Rule 1.3, requiring diligence and competence.  See Rule 1.1 (a) ("A lawyer shall provide competent representation to a client."); Rule 1.3 ("A lawyer shall represent a client zealously and diligently within the bounds of the law."); see also Comment [1] to Rule 1.3 ("A lawyer should act with commitment and dedication to the interests of the client.").  ████████████████████████

████████████████████████████████

████████████████████████████████████████

████████████████████████████████

████████████████████████████████   ████████

████████████████████████ it is my opinion that ████ violated Rule 1.1 and Rule 1.3.

LAW OFFICES OF
MICHAEL S. ROSS

> James C. McCarroll, Esq.
> Jordan W. Siev, Esq.
> ███████████
>
> Page 12

### 4.   ███ **WRONGFULLY REVEALED TO** ███ ███ **CONFIDENTIAL INFORMATION PROVIDED TO IT BY** ███ **CONCERNING** ███████

It is my opinion that ███ wrongfully revealed to ███ confidential information

provided to it by ███████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███ Comment [22] to Rule 1.7 pointedly addresses the situation presented by the facts set

forth above.  As explained in Comment [22]:

> "[T]here may be cases in which a lawyer is deemed to represent a
> constituent of an organization client.  Such de facto representation
> has been found where a lawyer has received confidences from a
> constituent during the course of representing an organization client
> in circumstances in which the constituent reasonably believed that
> the lawyer was acting as the constituent's lawyer as well as the
> lawyer for the organization client."

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

─────────────

[6]The question in determining the existence of an attorney-client relationship is whether the parties "explicitly or by their conduct, manifest[ed] an intention to create the attorney/client relationship."  Teltschik v. Williams & Jensen, PLLC, 683 F. Supp. 2d 33, 45 (D.D.C. 2010).  "In making this determination, courts consider factors such as whether the client perceived that an attorney-client relationship existed…."  Id.

LAW OFFICES OF
MICHAEL S. ROSS

James C. McCarroll, Esq.
Jordan W. Siev, Esq.

Page 13



---

[7]Comment [9] to Rule 1.13 provides: "There are times when the organization's interest may be or become adverse to those of one or more of its constituents. In such circumstances the lawyer should advise any constituent, whose interest the lawyer finds adverse to that of the organization, of the conflict or potential conflict of interest, that the lawyer cannot represent such constituent, and that such person may wish to obtain independent representation. Care must be taken to assure that the individual understands that, when there is such adversity of interest, the lawyer for the organization cannot provide legal representation for that constituent individual, and that discussions between the lawyer for the organization and the individual may not be privileged."

[8]Rule 1.6 provides, in relevant part, as follows: "(a) Except when permitted under paragraph (c), (d), or (e), a lawyer shall not knowingly: (1) reveal a confidence or secret of the lawyer's client; (2) use a confidence or secret of the lawyer's client to the disadvantage of the client; (3) use a confidence or secret of the lawyer's client for the advantage of the lawyer or of a third person. (b) 'Confidence' refers to information protected by the attorney-client privilege under applicable law, and 'secret' refers to other information gained in the professional relationship that the client has requested be held inviolate, or the disclosure of which would be embarrassing, or would be likely to be detrimental, to the client. (c) A lawyer may reveal client confidences and secrets, to the extent reasonably necessary: (1) to prevent a criminal act that the lawyer reasonably believes is likely to result in death or substantial bodily harm absent disclosure of the client's secrets or confidences by the lawyer; or (2) to prevent the bribery or intimidation of witnesses, jurors, court officials, or other persons who are involved in proceedings before a tribunal if the lawyer reasonably believes that such acts are likely to result absent disclosure of the client's confidences or secrets by the lawyer."

Law Offices Of
Michael S. Ross

James C. McCarroll, Esq.
Jordan W. Siev, Esq.
███████████████
Page 14

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████ Rule 1.6 and Rule 1.2(a)[9] ████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████. ██████████████████████████████████████

████████████████████████████ See Comment [16] to Rule 1.7 ("continued common

representation will almost certainly be inadequate if one client asks the lawyer not to disclose to

the other client information relevant to the common representation"). ████████████████████

██████████████████████████████████

████████████████████ it is my opinion that ██████ improperly disclosed to ██████ the

information concerning ████████████████

---

[9]Rule 1.2(a) provides, in relevant part, that: "(a) A lawyer shall abide by a client's decisions concerning the objectives of representation, subject to paragraphs (c), (d), and (e), and shall consult with the client as to the means by which they are to be pursued."

LAW OFFICES OF
MICHAEL S. ROSS

James C. McCarroll, Esq.
Jordan W. Siev, Esq.
████████

Page 15

### E.   CONCLUSION.

For the reasons set forth above, it is my opinion, to a reasonable degree of professional

certainty, that: 1) ████ statement to ████████ ████ ████ ████████

████████ violated  Rules  4.1(a)  and  8.4(c) ████████████████

████████████████████████████████████████; 2) ████

sharing of information concerning ████████ with the ████ violated its duties under Rule

1.1 and 1.3 ████████████████████████████████ and 3) ████

wrongfully revealed information provided to it by ████████████████████

████████████████████████████████████████████

Very truly yours,

████████████████████

Michael S. Ross

Att.

# Exhibit A

As of October 19, 2020

## RESUME

## MICHAEL S. ROSS

J.D., New York University School of Law, 1974

B.A., Rutgers University, 1971

Principal in:

Law Offices Of Michael S. Ross
One Grand Central Place
60 East 42nd Street
Forty-Seventh Floor
New York, New York 10165
Telephone (212) 505-4060
Facsimile (212) 505-4054
Email "michaelross@RossLaw.org"

Formerly a principal partner in the law firms of LaRossa & Ross, from 1998 through November of 2001; LaRossa, Mitchell & Ross, from 1986 through 1998; and LaRossa, Cooper, Axenfeld, Mitchell & Bergman from 1984 through 1986.

Practice concentrated in the areas of the representation of attorneys in ethics and professional responsibility matters.

Assistant United States Attorney, Southern District of New York, Criminal Division; May, 1978 through November, 1981.

Assistant District Attorney, Kings County; August, 1974 through May, 1978.

Adjunct Professor, Benjamin Cardozo Law School; having taught courses over the years in Trial Practice, Appellate Advocacy, Judicial Administration and Professional Responsibility courses (1979 through the present) and having served as Faculty Advisor of the Cardozo Law School Moot Court Program from 1978 through 2004. Currently teaching Litigation Ethics (Fall and Spring Semesters). Co-founder in 1983 and Executive Director/Team Leader (1984 through 2012) of the Law School's annual two week Intensive Trial Advocacy Program ("ITAP"). Currently an instructor at the program and evidence lecturer for the program's students.

Adjunct Associate Professor, Brooklyn Law School; teaching Professional Responsibility (2005 - to the present [Fall, Spring and Summer Courses]).

Listed in Martindale-Hubbell's "Bar Register Of Preeminent Lawyers" (status as "AV Preeminent Rated Lawyer" with primary practice

Resume of Michael S. Ross

areas listed as "Attorney Discipline"; and "Professional Liability").

Listed in "Super Lawyers" — New York Edition — in the field of Civil Litigation Defense.

Listed in 2021 in "Best Lawyers in America" as "Lawyer of the Year in the practice area of Ethics and Professional Responsibility in New York City;" and in 2021 in 27th Edition of "Best Lawyers in America" in the practice area of Ethics and Professional Responsibility Law.

Listed in Who's Who In American Law.

Recipient, "Ethics Practitioner of the Year Award," Institute of Jewish Humanities (2007).

Recipient, "Educator of the Year Award," Institute of Jewish Humanities (2017).

Recipient, "Service to the Society Award" from the Legal Aid Society of the City of New York, 2010 Pro Bono Awards Presentation.

Member, Continuing Legal Education Advisory Board, New York County Lawyers Association (2003 to present).

Member, New York State Bar Association Committee on Technology and the Legal Profession. (2017 to present).

Member, Ethics Institute Advisory Board, New York County Lawyers' Association (2008 to present).

Member, Committee on Professional Discipline of the New York State Bar Association (1991 through 1994; 1998 to 2004; 2005 to present).

Member, Committee on Professional Discipline of the Association of the Bar of the City of New York (various terms).

Member, Committee on Professional Discipline (more recently named Committee on Professionalism and Professional Discipline), New York County Lawyers Association (1992 to present).

Member, Special Committee on the Unlawful Practice of Law, New York State Bar Association (2005).

Member, Committee on Mass Disaster Response (which addresses, in part, the manner in which lawyers attempt to solicit clients after mass disasters), New York State Bar Association (2000 to present).

Resume of Michael S. Ross

Member, Task Force On Lawyer Advertising, New York State Bar Association (2005 to 2007).

Member, New York State Continuing Legal Education Board (Chair, Subcommittee on Pro Bono Credits; Chair, Subcommittee on Internet Issues). Among other things, the Board addresses the accreditation of continuing legal education providers in the State (appointment by the Presiding Justice of the Appellate Division, First Department - 2000 to 2005 [having served two consecutive terms]).

Member, Special Committee on Procedures for Judicial Discipline of the New York State Bar Association (2001).

Section Liaison of the American Bar Association Criminal Justice Section to the American Bar Association Standing Committee on Ethics and Professional Responsibility (1994-1997).

Member, American Bar Association "Criminal Justice Council" – the twenty member policy making body of the ABA's Criminal Justice Section (1990 through 1993).

Member, New York Council of Defense Lawyers (1987 through present); former member of the Board of Directors (1989 through 1992).

Former Chairperson, Association of the Bar of the City of New York, Committee on Criminal Advocacy (1988-1990).

Former Chairperson, American Bar Association "Grand Jury Committee" (1988 through 1990); Vice-Chairperson (1987-1988).

Member, American Bar Association Special "Criminal Justice In Crisis Committee" (1988 through 1990).

Member, American Bar Association Special Nine Member "Committee On Criminal Justice In a Free Society" (1987 through 1988).

Member, New York State Association of Criminal Defense Lawyers; former member of Board of Directors (1987-1989).

Member, New York City Bar Association Subcommittee on "U.S. Sentencing Commission Guidelines" (1986 and 1987).

Member, National Order of the Barristers (elected in 1981).

CourtTV Live Guest On-Air Commentator, on forty-two occasions between 1999 and 2006.

Bloomberg 1130 Radio Live Guest, "The Money Show," discussing how the public can deal with lawyer misconduct, May 15, 2002.

Resume of Michael S. Ross

Lecturer, "The Disciplinary Process In The First Judicial Department," presented as part of the mandatory continuing legal education for newly admitted attorneys in the Appellate Division, First Judicial Department, October 18, 2017. (The video of this presentation is now part of the required viewing for all newly admitted attorneys in the First Judicial Department.)

Lecturer at monthly swearing-ins of all new attorneys in the Appellate Division, First Judicial Department, speaking on the topic of "The Ethical Issues Facing Newly Admitted Attorneys," (1999 through 2010; and May 4, 2016).

Instructor at National Institute of Trial Advocacy ("NITA"), National Program in Boulder, Colorado (July 2000).

Instructor, National Institute of Trial Advocacy ("NITA") Building Trial Skills Program, Boston, Ma. (December 8, 9 and 10, 2019).

Lecturer, "Ethical Issues In Aggressive Litigation," National Institute of Trial Advocacy ("NITA"), Building Trial Skills Program, Boston, Ma. (December 9, 2019).

Instructor at NITA, Northeast Region held at Hofstra Law School in: 1980; 1981; 1982; 1983; 1984; 1985; 1986; 1987; 1988; 1989; 1990; 1991; 1992; 1993; 1994; 1995; 1996; 1997; 1998; 1999; 2000; 2001; 2002; 2003; 2004; 2005; 2006; 2007; 2008; 2009; 2010; 2011; 2012; 2013; 2014; 2015; 2016; 2017; 2018; and 2019.

Lecturer, "Ethical Issues In Aggressive Litigation," National Institute of Trial Advocacy ("NITA") Northeast Regional Program at Hofstra Law School, August 6, 2019 (and at each of the previous annual programs since 1998).

Panelist, "The Litigator's Duty To The Truth," Continuing Legal Education Program sponsored by the Appellate Division, Third Judicial Department, Albany, New York, December 1, 2020.

Lecturer, "Ethics: 2019-2020 Update," Continuing Legal Education Program sponsored by the Appellate Division, Third Judicial Department, Albany, New York, December 1, 2020.

Panelist, "Ethics & Professionalism: Best Practices for Attorneys 2020," Continuing Legal Education Program sponsored by the Committee on Professional Discipline, of the Association of the Bar of the City of New York, October 19, 2020.

Resume of Michael S. Ross

Panelist, "Ethical Issues In Dealing With The Covid-19 Pandemic,"
    Continuing Legal Education Program sponsored by the Brooklyn
    Women's Bar Association, October 2, 2020.

Lecturer, "Ethics:  2019-2020 Update," Continuing Legal Education
    Program sponsored by the New York State Academy of Trial
    Lawyers, September 29, 2020.

Panelist, "The Lawyer's Obligation to Avoid Counseling or
    Assisting in a Crime or Fraud: ABA Formal Opinion 491 and
    Beyond," Webinar sponsored by Celesq Attorney Education
    Center, June 8, 2020.

Panelist, "Law Firm Life Savers:  What You Need to Know to Keep
    Your Practice Running During COVID-19 – Ethical Implications
    of the Virus for Attorneys," Continuing Legal Education
    Program sponsored by the New York State Academy of Trial
    Lawyers,  April 10, 2020.

Panelist, "Annual Ethics Update 2020," Continuing Legal Education
    Program sponsored by the Queens County Bar Association,
    March 11, 2020.

Lecturer, "Ethics Update For Court Attorneys," Continuing Legal
    Education Program for Law Clerks to the Appellate Division,
    Second Judicial Department, sponsored by the Appellate
    Division, Second Judicial Department, February 20, 2020.

Panelist, "When the Lawyer is Obliged to Turn Against His
    Client,"  New York State Bar Association General Practice
    Section & Committee On Professional Discipline, Continuing
    Legal Education Ethics Program, Annual Meeting of the New
    York State Bar Association, New York City, January 28, 2020.

Lecturer, "Ethics: 2018-2019 Update," Continuing Legal Education
    Program sponsored by the New York State Academy of Trial
    Lawyers (New York City [September 27,2019]); (Long Island,
    New York [September 29,2019]); (Brooklyn, New York [November
    15, 2019]);(Westchester, New York [November 8, 2019]).

Panelist, "The Attorney Client Privilege in the Age of Corruption
    Investigations," Continuing Legal Education Program
    sponsored by the Criminal Advocacy Committee of the
    Association of the Bar of the City of New York, June 30,
    2019.

Panelist, "25 Trial Issues That Keep You Up In The Middle Of The
    Night," Continuing Legal Education Program sponsored by the
    New York State Trial Lawyers Institute, June 17, 2019.

Resume of Michael S. Ross

Lecturer, "Conflicts Of Interest For Appellate Court Attorneys,"
    Continuing Legal Education sponsored by the Appellate
    Division, First Judicial Department, June 7, 2019.

Lecturer, "Hot Topics In Ethics 2019," Continuing Legal Education
    Program sponsored by the New York State Academy of Trial
    Lawyers; Albany, New York (April 3, 2019); Syracuse, New
    York (April 3, 2019); Rochester, New York (April 4, 2019);
    Buffalo, New York (April 4, 2019); Brooklyn, New York (May
    22, 2019); and Westchester, New York (May 23, 2019).

Panelist, "Professional Discipline: A Year In Review," Continuing
    Legal Education Program sponsored by the Professional
    Discipline of the Association of the Bar of the City of New
    York, March 28, 2019.

Lecturer, "Legal Malpractice 2019: Attorney Discipline and Risk
    Management for Lawyers," Continuing Legal Education Program
    sponsored by the Law Practice Management Committee and the
    Committee for Continuing Education of the New York State Bar
    Association, New York City, March 25, 2019.

Panelist, "Annual Ethics Update 2019," Continuing Legal Education
    Program sponsored by the Queens County Bar Association,
    February 27, 2019.

Panelist, "The Ethical Obligations of a Lawyer to Learn the *True*
    Facts,"  New York State Bar Association General Practice
    Section & Committee On Professional Discipline, Continuing
    Legal Education Ethics Program, Annual Meeting of the New
    York State Bar Association, New York City, January 15, 2019.

Instructor, National Institute of Trial Advocacy ("NITA")
    Building Trial Skills Program, Boston, Ma. (December 9, 10
    and 11, 2018).

Lecturer, "Ethical Issues In Aggressive Litigation," National
    Institute of Trial Advocacy ("NITA"), Building Trial Skills
    Program, Boston, Ma. (December 11, 2018).

Lecturer, "A 2018 Ethics Update: An Analysis Of Key Decisions And
    Opinions," Continuing Legal Education Program sponsored by
    the Appellate Division, Third Judicial Department, Albany,
    New York, October 25, 2018.

Panel Moderator, "Ethics for Corporate Counsel 2018," Continuing
    Legal Education Program sponsored by the New York State Bar
    Association Corporate Counsel Section and the Continuing
    Legal Education Committee, November 30, 2018.

Lecturer, "Ethics: 2017-2018 Update," Continuing Legal Education
    Program sponsored by the New York State Academy of Trial

Resume of Michael S. Ross

Lawyers (New York City [September 21,2018]); (Long Island,
New York [September 28,2018]); (Brooklyn, New York [November
2, 2018]);(Westchester, New York [November 16, 2018]).

Lecturer, "Raising The Bar: Creating An Ethical And Inclusive
Workplace," Continuing Legal Education Program sponsored by
the New York State Academy of Trial Lawyers (Plainview, New
York [June 28, 2018]; Brooklyn, New York [September 12,
2018]).

Lecturer, "Ethical Concerns for Cross-Examination," Cross to Kill
2018 Continuing Legal Education Program sponsored by the New
York State Association of Criminal Defense Lawyers, New
York, New York(May 4, 2018).

Lecturer, "2018 Ethics Update For Criminal Law Practitioners,"
Continuing Legal Education Program sponsored by the Kings
County Criminal Bar Association, February 15, 2018.

Moderator and Panelist, "Law Firm Cyber Protection: Everything
You Wanted To Know," New York State Bar Association
Commercial & Federal Litigation Section Continuing Legal
Education Ethics Program, Annual Meeting of the New York
State Bar Association, New York City, January 24, 2018.

Panelist, "Whistleblowers, Reporting Up, and the Professional
Rules of Conduct," New York State Bar Association Business
Law Section & Corporate Counsel Section Continuing Legal
Education Ethics Program, Annual Meeting of the New York
State Bar Association, New York City, January 24, 2018.

Moderator and Panelist, "Loose Lips and Emailing Lawyers: The
Ethics of Protecting Client Confidences," Continuing Legal
Education Program sponsored by the New York State Bar
Association General Practice Section and the Committee on
Professional Discipline, Annual Meeting of the New York
State Bar Association, New York City, January 23, 2018.

Instructor, National Institute of Trial Advocacy ("NITA")
Building Trial Skills Program, Boston, Ma. (December 11, 12
and 13, 2017).

Lecturer, "Ethical Issues In Aggressive Litigation," National
Institute of Trial Advocacy ("NITA"), Building Trial Skills
Program, Boston, Ma. (December 13, 2017).

Lecturer, "Ethics: 2016-2017 Update," Continuing Legal Education
Program sponsored by the New York State Academy of Trial
Lawyers (New York City [October 13, 2017]); (Long Island,
New York [October 27, 2017]); (Brooklyn, New York [November
3, 2017]);(Westchester, New York [November 17, 2017]).

Resume of Michael S. Ross

Instructor, National Institute of Trial Advocacy ("NITA") LEAP
(New York City metropolitan area consortium of public
interest organizations) Teacher Training Program, New York
City, October 2, 2017.

Lecturer, "Ethics Update For Criminal Law Practitioners,"
Continuing Legal Education Program sponsored by the Queens
Law Associates (Criminal Defender Group), July 10, 2017.

Panelist, "Injustice and Ethics," Continuing Legal Education
Program for Appellate Court Attorneys, sponsored by the
Appellate Division of the Supreme Court, Second Judicial
Department, June 28, 2017.

Panelist, "Injustice and Ethics," Continuing Legal Education
Program sponsored by Stroock & Stroock & Lavan, LLP, June
12, 2017.

Panelist, "A 2016-2017 Ethics Update: A Review Of Key Cases And
Ethics Opinions," Continuing Legal Education Program
sponsored by the Queens County Bar Association, May 10,
2017.

Panelist, "Legal Malpractice 2017:  Attorney Discipline and Risk
Management for Lawyers," Continuing Legal Education Program
sponsored by the New York State Bar Association Continuing
Legal Education And Practice Management Committee, New York
City(March 24, 2017) and Melville, New York (March 31,
2017).

Lecturer, "Hot Topics In Ethics 2017," Continuing Legal Education
Program sponsored by the New York State Academy of Trial
Lawyers Syracuse, New York (March 8, 2017); Rochester, New
York (March 9, 2017); Buffalo, New York (March 9, 2017);New
York City (April 5, 2017); Long Island, New York (April 6,
2017); and Brooklyn, New York (April 20, 2017).

Panelist, "Current Ethics Issues In Commercial Litigation,"
Continuing Legal Education Program sponsored by the
Commercial and Litigation Section of the New York State Bar
Association, New York State Bar Association Annual Meeting,
New York City, January 25, 2017.

Lecturer, "Ethical Issues In Aggressive Litigation," National
Institute of Trial Advocacy ("NITA"), Building Trial Skills
Program, Boston, Ma. (December 8, 2016).

Lecturer, "Recurring Ethical Issues For Criminal Defense
Attorneys:  Superstar Trial Seminar 2016," Continuing Legal
Education Program sponsored by the New York State
Association of Criminal Defense Lawyers, Rochester, New
York(December 2, 2016).

Instructor, National Institute of Trial Advocacy ("NITA")
     Building Trial Skills Program, Boston, Ma. (December 7 and
     8, 2016).

Lecturer, "Ethics: 2015-2016 Update," Continuing Legal Education
     Program sponsored by the New York State Academy of Trial
     Lawyers (New York City [September 3, 2016]); (Long Island,
     New York [September 30, 2016]); (Brooklyn, New York
     [November 4, 2016]);(Westchester, New York [November 18,
     2016]).

Panelist, "Common Disciplinary Problems and How to Prevent Them:
     Use of Client Funds and Escrow Accounts," Continuing Legal
     Education Program for the Manhattan District Attorney's
     Office, sponsored by the Policy Committee of the Grievance
     Committee for the First Judicial Department, November 16,
     2016.

Panelist, "Understanding Potential Liability With Respect To
     Quickly Developing And Changing Social Media Landscape:
     Best Practices For Making Sure That Attorneys Don't End Up
     With Clients They Never Intended To Represent And The Ethics
     Of Using Social Media In Jury Selection, Monitoring And
     Investigation," American Conference Institute Forum on
     Lawyers' Professional Liability/Legal Malpractice, New York
     City, October 24, 2016.

Panelist, "New York's New Statewide Disciplinary Rules,"
     Continuing Legal Education Program sponsored by Brooklyn Law
     School's Center For Criminal Justice, October 29, 2016.

Panelist, "Ethical Issues Arising From The Panama Papers
     Incident," Continuing Legal Education Program sponsored by
     the Federal Bar Council, Federal Bar Council Fall Bench and
     Bar Retreat, Skytop Lodge, Skytop, Pa. October 21, 2016.

Panelist, "Defending the Indefensible: Navigating the Strategic
     and Ethical Landscape of Defending Clients Who Have Engaged
     in Indefensible Conduct;" Continuing Legal Education Program
     sponsored by the Tort, Trial and Insurance Practice Section
     of the American Bar Association ("ABA"); ABA Annual Meeting,
     San Francisco, Ca. (August 5, 2016).

Lecturer, "Nuts & Bolts Part I: The Ethics Of IOLA Accounts,"
     Continuing Legal Education Program sponsored by the Asian
     American Bar Association of New York, June 22, 2016.

Panelist, "A 2015-2016 Ethics Update: A Review Of Key Cases And
     Ethics Opinions," Continuing Legal Education Program
     sponsored by the Queens County Bar Association, May 11,
     2016.

Lecturer, "2016 Ethics Update For Criminal Law Practitioners And
     An Introduction To The New State-Wide Uniform Disciplinary
     Procedures," Continuing Legal Education Program sponsored by
     the Appellate Division, First Department, Assigned Counsel
     Plan, March 24, 2016.

Panelist, "The Disciplinary Process And Sanctions In The First
     Judicial Department," Continuing Legal Education Program
     sponsored by the Policy Committee of the Departmental
     Disciplinary Committee for the First Judicial Department,
     March 16, 2016.

Lecturer, "2016 Ethics Update For Criminal Law Practitioners,"
     Continuing Legal Education Program sponsored by the Kings
     County Criminal Bar Association, March 10, 2016.

Moderator, "Implementation Of Uniform Rules and Sanctions As
     Proposed by the Commission On Statewide Attorney
     Discipline," Continuing Legal Education Program sponsored by
     the New York State Bar Association General Practice Section
     and the Committee on Professional Discipline, Annual Meeting
     of the New York State Bar Association, New York City,
     January 26, 2016.

Lecturer, "Ethical Considerations In Investigations Utilizing
     Deception," Continuing Legal Education Program sponsored by
     the National Attorney General Training And Research
     Institute, Miami, Fla., December 8, 2015.

Lecturer, "Ethical Issues In Aggressive Litigation," National
     Institute of Trial Advocacy ("NITA"), Building Trial Skills
     Program, Boston, Ma., December 7, 2015.

Instructor, National Institute of Trial Advocacy ("NITA")
     Building Trial Skills Program, Boston, Ma. (December 6 and
     7, 2015).

Panelist, "A Continuing Legal Education Evening On American and
     Talmudic Law: Ethical Yet Effective Practice," Continuing
     Legal Education Program sponsored by the Jewish Legal
     Society, December 3, 2015, 2015 (Armonk, New York).

Lecturer, "Ethics: 2014-2015 Update," Continuing Legal Education
     Program sponsored by the New York State Academy of Trial
     Lawyers (New York City [September 25, 2015]); (New Hyde
     Park, New York [October 2, 2015]); (Brooklyn, New York
     [November 13, 2015]);(West Harrison, New York [November 20,
     2015]).

Lecturer, "The Legal Aid Lawyer - A Review Of Conflict Of
     Interest and Related Principles," Continuing Legal Education

Program sponsored by the Legal Aid Society of the City Of New York, September 16, 2015.

Lecturer, "The Ethical Use Of Deception And Interference In The Political Process," Continuing Legal Education Program sponsored by the National Attorney General Training And Research Institute, Philadelphia, Pa., June 10, 2015.

Instructor, National Institute of Trial Advocacy ("NITA") LEAP (New York City metropolitan area consortium of public interest organizations) Teacher Training Program, New York City, May 18, 2015.

Moderator and Panelist, "Exploring Attorney Client Privilege Among General Counsel," Continuing Legal Education Program sponsored by the Commercial and Federal Litigation Section, New York State Bar Association Spring Meeting (Sagamore, N.Y.), May 16, 2015.

Lecturer, "A Fresh Look At The Law Of Retainer And Fee Sharing Agreements," Continuing Legal Education Program sponsored by the New York State Academy of Trial Lawyers, April 22, April 23, May 13 and May 14, 2015 (Albany, New York; Syracuse, New York; Rochester, New York; Buffalo, New York).

Panelist, "A 2014 Ethics Update," Continuing Legal Education Program sponsored by the Queens County Bar Association, April 29, 2015.

Panelist, "The Lawyer's Duty to Check His/Her Facts," Continuing Legal Education Program sponsored by Stroock & Stroock & Lavan, LLP, March 11, 2015.

Panelist, "Sanctions in Criminal and Civil Proceedings and the Implications for Ethics and Professional Discipline," Continuing Legal Education Program sponsored by the General Practice Section & Committee on Professional Discipline, New York State Bar Association Annual Meeting, February 23, 2015.

Lecturer, "A 2014 Ethics Issue Review," Continuing Legal Education Program sponsored by the Appellate Division, Third Judicial Department, Albany, New York, January 23, 2015.

Lecturer, "New York's New Contingent Fee Retainer Rule," Continuing Legal Education Program sponsored by the New York State Academy of Trial Lawyers, January 21, 2015, Brooklyn Bar Association, Brooklyn, New York.

Lecturer, "Ethical Issues In Aggressive Litigation," National Institute of Trial Advocacy ("NITA"), Building Trial Skills Program, Boston, Ma., December 8, 2014.

Resume of Michael S. Ross

Speaker, "Aiding and Abetting Claims Against Professionals," DRI
    Professional Liability Seminar, New York City, December 4,
    2014.

Instructor, National Institute of Trial Advocacy ("NITA")
    Building Trial Skills Program, Boston, Ma. (December 7 and
    8, 2014).

Panelist, "Disciplinary Actions:  What To Do When You Receive The
    Notice From Your State Bar," American Conference Institute
    Forum on Legal Malpractice Litigation/Legal Malpractice, New
    York City, November 19, 2014.

Lecturer, "Important Issues In Ethics And Criminal Law,"
    Continuing Legal Education Program sponsored by the Suffolk
    County Criminal Bar Association, October 30, 2014.

Panelist, "Juror Misconduct," Continuing Legal Education Program
    sponsored by the Federal Bar Council, Fall Bar Council Fall
    Retreat Presentation, Inn at Pocono Manor, October 26, 2014.

Lecturer, "Important Ethical Issues for Federal Practice,"
    Continuing Legal Education Program sponsored by the New York
    State Association of Criminal Defense Lawyers, October 24,
    2014.

Panel Moderator, New York State Bar Association Corporate Counsel
    Section's Fall Continuing Legal Education Ethics Program,
    October 23, 2014.

Lecturer, "A Critical Update:  New York's New Contingent Fee
    Retainer Rule," Continuing Legal Education Program sponsored
    by the New York State Academy of Trial Lawyers, (October 1,
    2014 [New York City] and May 15, 2014 [Plainview, New
    York]).

Lecturer, "Hot Topics In Ethics: 2013-2014", Continuing Legal
    Education Program sponsored by the New York State Academy of
    Trial Lawyers, (New York City, Brooklyn; Buffalo; Syracuse;
    Rochester, Albany; Plainview; April - June 2014).

Panelist, "A 2013-2014 Ethics Update," Continuing Legal Education
    Program sponsored by the Queens County Bar Association, May
    8, 2014.

Panelist, "Interacting With The Media In High-Profile Cases,"
    Continuing Legal Education Program sponsored by the Winston
    & Strawn law firm, April 29, 2014.

Lecturer, "2014 Ethics Update For Criminal Law Practitioners,"
    Continuing Legal Education Program sponsored by the Kings
    County Criminal Bar Association, February 28, 2014.

Panelist, "Common Disciplinary Problems and How to Prevent Them," Continuing Legal Education Program sponsored by the Policy Committee of the Departmental Disciplinary Committee for the First Judicial Department, January 9, 2014.

Lecturer, "Emerging Ethical Issues For the Criminal Defense Practitioner," Federal Practice for the State Practitioner, Continuing Legal Education Program sponsored by the New York State Association of Criminal Defense Lawyers, October 4, 2013.

Lecturer, "The Ethics Of Reporting Attorney Misconduct; Correction Of fraud By Clients And Others; and Fee Sharing," Continuing Legal Education Program sponsored by the United States Department Of Homeland Security, Office Of The District Counsel, July 23, 2013.

Panelist, "Ethics and the Municipal Practitioner," Thirteenth Annual Municipal Law Institute, Practicing Law Institute, July 12, 2013.

Panelist, "Legal Malpractice," Continuing Legal Education Program for Principal Law Clerks in the First and Second Judicial Departments, sponsored by the Appellate Division, First Judicial Department, June 25, 2013.

Panelist, "Ten Important Keys For A Criminal Practitioner To Understand In Order To Avoid Ethical Difficulties," Continuing Legal Education Program sponsored by the New York Women's Bar Association, June 18, 2013.

Lecturer, "Ethical Conflicts," Webcast sponsored by the Federal Bar Council, June 12, 2013.

Panelist, "The Role of Empathy in Judicial Decision Making," sponsored by the New York County Lawyers' Association," May 2, 2013.

Lecturer, "Ethical Issues in Civil and Criminal Litigation," Continuing Legal Education Program for Court Attorneys, Principal Law Clerks and Law Secretaries, sponsored by the Appellate Division, Second Judicial Department, Brooklyn, New York, April 24, 2013..

Lecturer, "Ethics: 2012-2013 Update," Continuing Legal Education Program sponsored by the New York State Academy of Trial Lawyers (Brooklyn, New York [June 5, 2013]; New York City [June 6, 2013]; Buffalo [April 10, 2013]; Syracuse, New York [April 9, 2013]; Rochester, New York [April 10, 2013]; Albany, New York [April 9, 2013]; Plainview, New York [June 13, 2013]).

Panelist, "A 2011-2012 Ethics Update," Continuing Legal Education
    Program sponsored by the Queens County Bar Association,
    February 20, 2013.

Lecturer, "Ethics and Lawyer Civility," Continuing Legal
    Education Program sponsored by the Torts, Insurance and
    Compensation Law Section and Trial Lawyers Section, New York
    State Bar Association Annual Meeting, New York City, January
    24, 2013.

Lecturer, "The Seven Dangerous Ethical Challenges," Continuing
    Legal Education Program sponsored by the Appellate Division,
    Third Judicial Department, Albany, New York, December 5,
    2012.

Lecturer, "Ethics/Mandatory Reporting Laws In A Multi-
    Disciplinary Practice," Continuing Legal Education Program
    sponsored by the Life Care Planning Law Firms Association,
    Cleveland, Ohio, October 12, 2012.

Panelist (and drafter of Program Hypotheticals), "America's Got
    Ethics," Continuing Legal Education Program sponsored by the
    Federal Bar Council, Fall Bar Council Fall Retreat
    Presentation, Skytop, Pa., September 23, 2012.

Lecturer, "A 2012 Ethics Update," Continuing Legal Education
    Program sponsored by the New York State Academy of Trial
    Lawyers," (New York City [September 21, 2012], Hauppage, New
    York [September 28, 2012]); Brooklyn, New York [November 16,
    2012]); and Westchester, New York (November 30, 2012).

Panelist, "Balancing Duty To Clients With Duty Of Candor To
    Courts," United States Immigration Court, Southern District
    of New York Annual Judges Training Program, July 23, 2012.

Panelist, "The Business of Criminal Law:  Retainer Agreements,"
    Continuing Legal Education Program, New York State
    Association of Criminal Defense Attorneys, July 11, 2012.

Lecturer, "2012 New York Ethics Update," Continuing Legal
    Education Program sponsored by the Kings County Law
    Secretaries Association, June 12, 2012.

Speaker, "Ethical Pitfalls Facing The Newly Admitted Lawyer,"
    Orientation Program for Newly Admitted Attorneys, sponsored
    by the Appellate Division, Second Judicial Department, June
    8, 2012.

Panelist, "The Interface Between Legal Malpractice Actions And
    Disciplinary Proceedings," 38th American Bar Association
    National Conference On Professional Responsibility,
    Continuing Legal Education Program, Boston, Ma., May 31,
    2012.

Resume of Michael S. Ross

Lecturer, "The New Ethical Tererain: The Ethical Challenges Of
     Electronic Data," Continuing Legal Education Program
     sponsored by the Benjamin N. Cardozo School of Law, May 30,
     2012.

Lecturer, "15 Ethical Scenarios Attorneys Must Know," Continuing
     Legal Education Program sponsored by LawLine, May 22, 2012.

Panelist, "Inequitable Conduct Before And After The AIA" and
     "Conflicts Arising In Patent Litigation," The New York
     Intellectual Property Law Association Annual Meeting
     Program, Continuing Legal Education Program, May 22, 2012.

Lecturer, "Ethical Pitfalls In Padilla C.P.L. Section 440
     Proceedings," Continuing Legal Education Program conducted
     by New York County Defender Services, May 17, 2012.

Lecturer, "When The 'Rubber Hits The Road': How Ethical
     Principles Relating To Conflict And Candor Can Collide,"
     Continuing Legal Education Program, National Academy of
     Elder Law Attorneys Annual Conference, Seattle, Washington,
     April 28, 2012.

Lecturer, "Bridge The Gap Program:  The Seven Dangerous Ethical
     Challenges," Continuing Legal Education Program sponsored by
     the Benjamin N. Cardozo School of Law, April 22, 2012.

Lecturer, "The Seven Dangerous Ethical Challenges," Continuing
     Legal Education Program sponsored by the New York State
     Academy of Trial Lawyers, (Syracuse, New York [April 17,
     2012]; Brooklyn, New York [April 19, 2012]; Buffalo [April
     25, 2012]; Albany, New York [April 17, 2012]; New York City
     [May 21, 2012]).

Panelist, "Addressing Bar Admission Issues After Law School
     Graduation," The New York Bar Admission Process," New York
     University School of Law, April 13, 2011.

Lecturer, "Ethics in Criminal Law:  A 2011-2012 Ethics Update,"
     Continuing Legal Education Program sponsored by the Kings
     County Criminal Bar Association, March 29, 2012.

Panelist, "Ethics And Professional Misconduct: An Ethics Update
     2010-2011," Continuing Legal Education Program sponsored by
     the Puerto Rican Bar Association, March 7, 2012.

Panelist, "The Ethics Of Aggressive Lawyering," Continuing Legal
     Education Program sponsored by The Jewish Lawyers Guild and
     Stroock & Stroock & Lavan, LLP, February 28, 2012.

Lecturer, "A 2010-2011 Ethics Update," Continuing Legal Education
     Program sponsored by the New York State Academy of Trial

Lawyers," (New York City [September 23, 2011], Plainview, New York [September 24, 2011]) and Brooklyn, New York [November 18, 2011]).

Lecturer, "Cutting Edge Ethics Issues For 2011," Continuing Legal Education Program sponsored by LawLine, November 29, 2011.

Lecturer, "A 2010-2011 Ethics Update," Continuing Legal Education Program sponsored by the Queens County Bar Association, November 16, 2011.

Lecturer, "Ethical Issues in Connection With An Attorney's Handling Of Potentially False Documents," Continuing Legal Education Program sponsored by the National Academy of Elder Law Attorneys, National Aging and Law Institute, Boston, Ma. November 11, 2011.

Panelist, "Best Practices for Solo and Small Firm Practitioners," Convocation on Lawyer Independence Challenges and Best Practices Continuing Legal Education Program sponsored by the New York State Judicial Institute on Professionalism in the Law and Hofstra Law School, November 4, 2011.

Panelist, "Public Forum on Judicial Independence," sponsored by the New York County Lawyers' Association," November 2, 2011.

Lecturer, "What Every Attorney Must Know About Ethics," and Panelist, "The Deadly Dozen: Twelve of the Most Common Mistakes Lawyers Make When Dealing With Clients," Continuing Legal Education Program sponsored by the Practicing Law Institute, October 4, 2011.

Panel Moderator, "Ethics Panel – Annual Seminar – Criminal Law, Procedure and Evidence," Continuing Legal Education Program sponsored by Brooklyn Law School, September 17, 2011.

Lecturer, "What Every Attorney Must Know About Ethics," and Panelist, "The Deadly Dozen: Twelve of the Most Common Mistakes Lawyers Make When Dealing With Clients," Continuing Legal Education Program sponsored by the Practicing Law Institute, August 11, 2011.

Lecturer, "Ethical Issues Relating To Candor By Attorneys," Continuing Legal Education Program sponsored by the United States Department Of Homeland Security, Office Of The District Counsel, July 26, 2011.

Lecturer, "Top Ten Ethical Tips for Practicing Law in New York," Continuing Legal Education Program sponsored by the Appellate Division, First Department, Assigned Counsel Plan, May 9, 2011.

Resume of Michael S. Ross

Lecturer, "Bridge The Gap Program:  New York New Rules Of
    Professional Conduct – A Critical Key To Litigating
    Ethically And Avoiding Pitfalls," Continuing Legal Education
    Program sponsored by the Benjamin N. Cardozo School of Law,
    April 17, 2011.

Presenter, "New York New Rules Of Professional Conduct – A
    Critical Key To Litigating Ethically And Avoiding Pitfalls,"
    Continuing Legal Education Program sponsored by LawLine,
    April 12, 2011.

Panelist, "Crossing the Line:  When Sharp Practice Becomes
    Unethical," Continuing Legal Education Program sponsored by
    the Medical Malpractice Committee of the Association of the
    Bar of the City of New York, April 7, 2011.

Lecturer, "Hot Topics in Ethics: Litigation and Conflicts,"
    Continuing Legal Education Program sponsored by the New York
    State Academy of Trial Lawyers, (Brooklyn, New York [March
    3, 2011]; New York City [March 3, 2011]; Buffalo [March 9,
    2011]; Syracuse, New York [March 10, 2011]; Rochester, New
    York [March 10, 2011]; Albany, New York [March 11, 2011];
    Plainview, New York [March 17, 2011]).

Panelist, "Addressing Bar Admission Issues After Law School
    Graduation," The New York Bar Admission Process," New York
    University School of Law, February 7, 2011.

Lecturer, "What Every Attorney Must Know About Ethics," and
    Panelist, "The Deadly Dozen: Twelve of the Most Common
    Mistakes Lawyers Make When Dealing With Clients," Continuing
    Legal Education Program sponsored by the Practicing Law
    Institute, January 3, 2011.

Lecturer, "The Ethics Of Dealing With Possibly Fraudulent
    Documents,"  Continuing Legal Education Program sponsored by
    the New York State Bar Association Elder Law Section, 2010
    Fall Section Meeting, White Plains, New York, October 30,
    2010.

Lecturer, "What Every Attorney Must Know About Ethics," and
    Panelist, "The Deadly Dozen: Twelve of the Most Common
    Mistakes Lawyers Make When Dealing With Clients," Continuing
    Legal Education Program sponsored by the Practicing Law
    Institute, October 5, 2010.

Panelist, "Or Else:  Blackmail, Extortion, Threats and Damage
    Control In Negotiations," Continuing Legal Education Program
    sponsored by the Federal Bar Council, Fall Bar Council Fall
    Retreat Presentation, Lenox, Massachusetts, October 3, 2010.

Resume of Michael S. Ross

Lecturer, "A 2009-2010 Ethics Update," Continuing Legal Education
    Program sponsored by the New York State Academy of Trial
    Lawyers," September 24 and September 25, 2010 (New York City
    and Plainview, New York).

Lecturer, "What Every Attorney Must Know About Ethics," and
    Panelist, "The Deadly Dozen: Twelve of the Most Common
    Mistakes Lawyers Make When Dealing With Clients," Continuing
    Legal Education Program sponsored by the Practicing Law
    Institute, August 12, 2010.

Lecturer, "New York's New Rules of Professional Responsibility:
    The First Year's Shake Out," Continuing Legal Education
    Program sponsored by the Benjamin N. Cardozo School of Law,
    May 23, 2010.

Panelist, "The Dissection and Treatment of Ponzi Schemes in the
    Post-Madoff Word," Continuing Legal Education Program
    sponsored by the Federal Bar Council, United States
    Courthouse, Eastern District Federal Courthouse, Central
    Islip, New York, May 13, 2010.

Lecturer, "Legal Fees and Disputes," Continuing Legal Education
    Program sponsored by the New York State Academy of Trial
    Lawyers," March 23, 2010 (Rochester, New York and Buffalo,
    New York).

Panelist, "Representing Clients in Federal and State Criminal Tax
    Investigations:  Defense Strategies and Prosecution
    Initiatives Every Attorney Needs to Know," Continuing Legal
    Education Program sponsored by the Association of the Bar of
    the City of New York, March 11, 2010.

Lecturer, "Legal Fee Disputes: Old Issues, New Rules," Continuing
    Legal Education Program sponsored by the New York State
    Academy of Trial Lawyers and the Brooklyn Bar Association,"
    March 10, 2010.

Panelist, "Addressing Bar Admission Issues After Law School
    Graduation," The New York Bar Admission Process," New York
    University School of Law, February 1, 2010.

Lecturer, "Legal Fees and Disputes," Continuing Legal Education
    Program sponsored by the New York State Academy of Trial
    Lawyers," January 27, 2010 (Syracuse, New York and Albany,
    New York).

Lecturer, "What Every Attorney Must Know About Ethics," and
    Panelist, "The Deadly Dozen: Twelve of the Most Common
    Mistakes Lawyers Make When Dealing With Clients," Continuing
    Legal Education Program sponsored by the Practicing Law
    Institute, January 19, 2010.

Lecturer, "Legal Fees and Disputes," Continuing Legal Education
Program sponsored by the New York State Academy of Trial
Lawyers," December 2, 2009 (Plainview, New York) and
December 7, 2009 (New York City).

Panelist, "Decoding The New Rules Of Professional Conduct: The
Changes That Matter," Continuing Legal Education Program
sponsored by the Federal Bar Council, United States
Courthouse, Southern District of New York, Central Islip,
New York, December 3, 2009.

Lecturer, "New York's New Ethical Rules Effective April 1, 2009,"
Continuing Legal Education Program sponsored by the Queens
County Bar Association, November 17, 2009.

Lecturer, "The 2009 Ethics Update," Continuing Legal Education
Program sponsored jointly by the New York State Academy Of
Trial Lawyers and the Brooklyn Bar Association, October 14,
2009.

Panelist, "The Attorney Disciplinary Process in Federal Court,"
Continuing Legal Education Program sponsored by the American
Bar Association Section of Real Property, Trust and Estate
Law (October 7, 2009).

Lecturer, "Ethics Update – 2008," Continuing Legal Education
Program sponsored by the New York State Academy Of Trial
Lawyers, October 2, 2009 (New York City) and October 3, 2009
(Smithtown, N.Y.).

Lecturer, "What Every Attorney Must Know About Ethics," and
Panelist, "The Deadly Dozen: Twelve of the Most Common
Mistakes Lawyers Make When Dealing With Clients," Continuing
Legal Education Program sponsored by the Practicing Law
Institute, September 21, 2009.

Panelist, "Defending Immigration Removal Proceedings 2009 –
Ethical Issues in Removal Proceedings," Continuing Legal
Education Program sponsored by the Practicing Law Institute,
August 18, 2009.

Lecturer, "What Every Attorney Must Know About Ethics,"
Continuing Legal Education Program sponsored by the
Practicing Law Institute, August 13, 2009.

Panelist, "What Every Attorney Must Know About Ethics," and "The
Deadly Dozen: Twelve of the Most Common Mistakes Lawyers
Make When Dealing With Clients," Continuing Legal Education
Program sponsored by the Practicing Law Institute, August
13, 2009.

Resume of Michael S. Ross

Lecturer, "New York's New Ethical Rules Effective April 1, 2009
     As They Relate To Criminal Law Practitioners," Continuing
     Legal Education Program sponsored by the Appellate Division,
     First Department, Assigned Counsel Plan, May 18, 2009.

Panelist, "Decoding The New Rules Of Professional Conduct: The
     Changes That Matter," Continuing Legal Education Program
     sponsored by the Federal Bar Council, Central Islip, New
     York, May 14, 2009.

Lecturer, "New York's New Ethical Rules Effective April 1, 2009
     As They Relate To Assigned Criminal Counsel," Continuing
     Legal Education Program sponsored by Brooklyn Defender
     Services, April 28, 2009.

Lecturer, "Ethics for Criminal Defense Attorneys," Criminal
     Advocacy Institute:  Criminal Defense Practice, Continuing
     Legal Education Program sponsored by the New York County
     Lawyers Association, April 23, 2009.

Lecturer, "New York's New Ethical Rules Effective April 1, 2009
     As They Relate To Assigned Criminal Counsel," Continuing
     Legal Education Program sponsored by District Council 37
     (AFSCME) Municipal Employees Legal Services, New York
     University School of Law, April 7, 2009.

Lecturer, "Ethics Update:  Need-to-know Information about New
     York's New Ethical Rules Effective April 1, 2009 As They
     Relate To Assigned Criminal Counsel," Continuing Legal
     Education Program sponsored by the New York State Defenders
     Association, New York University School of Law, February 28,
     2009.

Lecturer, "Ethics In Litigation," Bridge The Gap Continuing Legal
     Education Program sponsored by the Association of the Bar of
     the City of New York, February 27, 2009.

Lecturer, "Ethics Update:  New York's New Ethical Rules Effective
     April 1, 2009," Continuing Legal Education Program sponsored
     by the Kings County Chapter Of The American Inns of Court,
     Kings County Supreme Court, February 24, 2009.

Panelist, "Private Conduct:  Should It Be Subject To Discipline?"
     Continuing Legal Education Program sponsored by the New York
     State Bar Association Committee on Professional Discipline
     for the State Bar's Annual Meeting, New York City, January
     28, 2009.

Lecturer and Panelist, "What Every Attorney Must Know About
     Ethics," and "The Deadly Dozen: Twelve of the Most Common
     Mistakes Lawyers Make When Dealing With Clients," Continuing

Legal Education Program sponsored by the Practicing Law
Institute, January 20, 2009.

Panelist, "Confronting Ethical Issues Arising in Criminal Law
Practice – The Search for Truth, Zealous Advocacy v. Zealous
Ethics in Criminal Law," Continuing Legal Education Program
sponsored by the New York County Lawyers Association,
November 19, 2008.

Panelist, "Managing Complex Litigation 2008: Ethical Issues
Arising In Settlements," Continuing Legal Education Program
sponsored by the Practicing Law Institute, November 11,
2008.

Lecturer, "What Every Attorney Must Know About Ethics,"
Continuing Legal Education Program sponsored by the
Practicing Law Institute, October 7, 2008.

Lecturer, "Conflicts Of Interests: Thinking 'Inside The Box' On
Issues Of Informed Consent And Multiple Representation,"
Continuing Legal Education Program sponsored by the
Columbian Lawyers Association, October 7, 2008.

Lecturer, "Ethics Update – 2008," Continuing Legal Education
Program sponsored by the New York State Academy Of Trial
Lawyers, September 27, 2008 (New York City) and September
28, 2008 (Melville, N.Y.).

Lecturer, "Ethical Issues Relating To Judicial Recusal And
Conflicts Of Interest In New York State," Continuing Legal
Education Program sponsored by the Association Of Justices
Of The Supreme Court Of The State Of New York, September 19,
2008 (West Point, New York).

Lecturer, "What Every Attorney Must Know About Ethics,"
Continuing Legal Education Program sponsored by the
Practicing Law Institute, August 14, 2008.

Panelist and Moderator, "Ethics In Litigation:  A 2008 Update,"
Continuing Legal Education Program sponsored by the New York
State Trial Lawyers' Association, July 30, 2008.

Lecturer,"Professional Responsibility Fundamentals:  Common
Ethical Issues In Litigation," Bridge The Gap Continuing
Legal Education Program sponsored by the Association of the
Bar of the City of New York, May 13, 2008.

Panelist, "Ethical Considerations In Litigation: A 2008 Update,"
Continuing Legal Education Program sponsored by the Queens
County Bar Association, May 7, 2008.

Lecturer, "Ethical Issues Relating To The Attorney Client
     Privilege," Continuing Legal Education Program sponsored by
     the United States Department Of Homeland Security, Office Of
     The District Counsel, March 13, 2008.

Panel Moderator and Lecturer, "Ethical Bounds Of Aggressive
     Litigation – a 2007 Update," Continuing Legal Education
     Program sponsored by the New York County Lawyers'
     Association, February 26, 2008.

Panelist, "Addressing Bar Admission Issues After Law School
     Graduation," The New York Bar Admission Process," New York
     University School of Law, February 11, 2008.

Lecturer, "The Ethics Of Negotiation," Continuing Legal Education
     Program sponsored by the New York State Bar Association
     Joint Trial Lawyer/Torts Insurance Law Sections (Annual
     Meeting Program), January 31, 2008.

Panelist, "The Ethics Of Witness Preparation," Continuing Legal
     Education Program sponsored by the New York State Bar
     Association Commercial and Federal Litigation Section
     (Annual Meeting Program), January 30, 2008.

Lecturer, "Conflicts Of Conflicts: 'Thinking Inside The Box' on
     Issues of Informed Consent and Multiple Representation,"
     Continuing Legal Education Program sponsored by the
     Appellate Division, First Department, January 28, 2008.

Panelist, "Should Lawyers Be Constrained By The Truth?"
     Continuing Legal Education Program sponsored by LawLine,
     December 21, 2007.

Lecturer, "What Every Attorney Must Know About Ethics,"
     Continuing Legal Education Program sponsored by the
     Practicing Law Institute, December 12, 2007.

Lecturer, "Ethics Update 2007 – The Changing Face of the
     Attorney-Client Privilege," Continuing Legal Education
     Program presented under the auspices of the New York State
     Office of the Attorney General for members of the New York
     State Legislature, December 7, 2007.

Panel Moderator, "Prosecution And Defense Ethics In Criminal
     Cases, A 2007 Update," Continuing Legal Education Program
     sponsored by Brooklyn Law School, December 1, 2007.

Lecturer, "Ethics for the Criminal Law Practitioner – A 2007
     Update," Continuing Legal Education Program Sponsored by the
     Kings County Criminal Bar Association, November 27, 2007.

Resume of Michael S. Ross

Lecturer, "How To Deal With An Ethics Or Grievance Complaint and
    Ethics Update – 2007," Continuing Legal Education Program
    Sponsored by the New York City Small Claims Arbitrators'
    Association, October 23, 2007.

Lecturer, "What Is 'Effective Counsel' In A Criminal Case?"
    Continuing Legal Education Program sponsored by the
    Appellate Division, First Department, October 16, 2007.

Panel Moderator and Lecturer, "Critical Issues, Fresh Ideas, Best
    Practices: The Changing Face Of The Attorney-Client
    Privilege," Continuing Legal Education Program sponsored by
    the Corporate Counsel Section of the New York State Bar
    Association, October 12, 2007.

Lecturer, "Ethical Issues That Arise In Criminal Practice: What
    Is 'Effective Counsel'?" Continuing Legal Education Program
    sponsored by the Appellate Division, First Judicial
    Department and the New York County Lawyer's Association,
    October 11, 2007.

Lecturer, "Ethics Update – 2007," Continuing Legal Education
    Program sponsored by the Brooklyn Bar Association, October
    10, 2007.

Lecturer, "Ethics Update – 2007," Continuing Legal Education
    Program sponsored by the New York State Academy Of Trial
    Lawyers, September 28, 2007 (New York City) and September
    29, 2007 (Huntington, N.Y.).

Lecturer, "Ethics For The Younger Attorneys," Continuing Legal
    Education Program sponsored by the New York State Trial
    Lawyers' Association, September 25, 2007.

Lecturer, "Ethics Update – 2007," Continuing Legal Education
    Program sponsored jointly by the New York State Academy Of
    Trial Lawyers and the Brooklyn Bar Association, August 20,
    2007.

Panelist, "Pressures from the Commission on Judicial Conduct," a
    Continuing Legal Education Program sponsored by the New York
    County Lawyers' Association Task Force on Judicial
    Independence, New York University School of Law, June 14,
    2007.

Panelist, "Ethical Considerations In Litigation," Continuing
    Legal Education Program sponsored by the Queens County Bar
    Association, May 9, 2007.

Lecturer, "Current Ethics Events: New Attorney Advertising Rules-
    The Fallout From Hewlett Packard," Continuing Legal

Education Program sponsored by the National Employment
Lawyers Association, May 4, 2007.

Lecturer, "Ethics Issues In The Zealous Representation Of
Mentally Impaired Clients – a Program For Mental Hygiene
Legal Services," Continuing Legal Education Program
sponsored by the New York State Judicial Institute, April
25, 2007 and May 2, 2007.

Lecturer, "Understanding New York's New Advertising Rules For
Attorneys," Continuing Legal Education Program sponsored
jointly by the New York State Academy Of Trial Lawyers and
the Brooklyn Bar Association, April 11, 2007.

Lecturer, "Ethical Issues Arising In Criminal Practice,"
Continuing Legal Education Program sponsored by the
Appellate Division, First Department, March 28, 2007.

LawLine.Com televised program, entitled:  "The Judicial
Disciplinary Process," (appeared with Robert Tembeckjian,
Chief Counsel of the New York State Commission on Judicial
Conduct), March 28, 2007.

Lecturer, "Defense Ethics In Criminal Cases," Continuing Legal
Education Program sponsored by Brooklyn Defender Services,
March 27, 2007.

Panelist, "Understanding the Boundaries & Effectively
Representing Your Client," Bridge The Gap Continuing Legal
Education Program sponsored by the Association of the Bar of
the City of New York, March 12, 2007.

Panelist, "As Much Dirt As Possible: The Corporate Mole, The
Lawyer, And The Consequences," 2007 Mid-Year Meeting,
Association of Professional Responsibility Lawyers, February
9, 2007, Miami, Florida.

Panelist, "Addressing Bar Admission Issues After Law School
Graduation," New York University Law School, February 7,
2007.

Lecturer, New York Judicial State Institute, "Criminal Ethics
Issues Update (2007)," Continuing Legal Education Program
for court attorneys, January 8, 2007 and January 11, 2007.

Panelist, "Ethics For Criminal Defense Lawyers (2007),"
Continuing Legal Education Program sponsored by the New York
Criminal Bar Association and the Legal Aid Society, January
8, 2007.

Panel Chair and Lecturer, "Ethics for Litigators: Real Problems
of Everyday Practice," Continuing Legal Education Program

Resume of Michael S. Ross

sponsored by the Practicing Law Institute, December 18, 2006.

Panelist, "Ethics And New York's No-Contact Rule," Continuing Legal Education Program sponsored by the Practicing Law Institute, December 18, 2006.

Lecturer, "Ethics In Litigation," Practicing Law Institute Continuing Legal Education Bridge The Gap Program, December 13, 2006.

Lecuturer, "Defense Ethics In Criminal Cases," Continuing Legal Education Program sponsored by Brooklyn Defender Services, December 12, 2006.

Panelist, "Ethics For Real Estate Lawyers," Continuing Legal Education Program sponsored by the New York State Bar Association, December 6, 2006.

Panel Moderator, "Prosecution And Defense Ethics In Criminal Cases," Developments In Criminal Law, Criminal Procedure And Evidence Continuing Legal Education Program sponsored by Brooklyn Law School, December 2, 2006.

Lecturer, New York Judicial State Institute, "Ethics Issues Relating To Judicial Recusal In New York State," Continuing Legal Education Program for court attorneys from civil, criminal and family courts throughout New York State; September 27, 2006 [Rochester, N.Y.].

Lecturer, "The Attorney-Client Privilege In The Litigation Process," Continuing Legal Education Program sponsored by Fordham University School of Law, November 28, 2006.

Panelist, "Everyday Ethical Challenges In The Practice Of Law," Continuing Legal Education Program sponsored by the Association of the Bar of the City of New York, November 21, 2006.

Panelist, "Ethics Issues Relating To Judicial Recusal In New York State," 19th Annual Appellate Term, First and Second Judicial Departments, Judicial Educational Seminar, Continuing Legal Education Program sponsored by the New York State Judicial Institute, November 20, 2006.

Lecturer, "Ethical Considerations In Matrimonial Litigation," Continuing Legal Education Program sponsored by the New York Family Law, American Inn of Court, Nassau County Bar Association, November 15, 2006.

Panelist, "Ethical Pitfalls in Medical Malpractice Litigation," Continuing Legal Education Program sponsored by the Medical

Malpractice Committee of the Association of the Bar of the City of New York, September 20, 2006.

Panel Moderator and Lecturer, "Critical Issues, Fresh Ideas, Best Practices: Second Corporate Counsel Institute," Continuing Legal Education Program sponsored by the Corporate Counsel Section of the New York State Bar Association, October 13, 2006.

Lecturer, "Blueprint For Building Your Own Practice 2006: Ethical Considerations For The Single Practitioner"; Continuing Legal Education Program sponsored by the New York County Lawyers' Association, October 13, 2006.

Panelist, "Ethics Update 2006: Recent Decisions," Continuing Legal Education Program sponsored by the Brooklyn Bar Association, October 11, 2006.

Panelist, "Ethical Pitfalls in Medical Malpractice Litigation," Continuing Legal Education Program sponsored by the Association of the Bar of the City of New York, September 20, 2006.

Lecturer, "Ethics And Professionalism: What Every Lawyer Must Know About Ethics," Continuing Legal Education Program sponsored by the Practicing Law Institute, August 21, 2006.

Lecturer, Summer College for District Attorneys, "Prosecution Ethics," Continuing Legal Education Program sponsored by the New York State Prosecutor's Training Institute, August 16, Syracuse, New York.

Lecturer, Annual Basic Course for Prosecutors, sponsored by the New York State Division of Criminal Justice Services; lectured on "Practical Aspects of Evidence at Trial"; Syracuse, New York; August 16, 2006 (previously delivered this same lecture each year from 1978 on).

Lecturer, "How to Avoid Ethical Problems in Your Day-to-Day Practice," Bridge the Gap 2: A Program for Newly Admitted Attorneys Second-Year Program for Newly Admitted Attorneys, Continuing Legal Education Program sponsored by the New York County Lawyers' Association, August 4, 2006.

Lecturer, "Ethical Challenges In Litigation," Continuing Legal Education Program sponsored by the New York Lawyers' Association American Law Academy, July 24, 2006.

Lecturer, New York State Judicial Institute, Summer Judicial Seminar, "Laying Proper Foundations In Civil Cases," July 19, 2006.

Lecturer, "Ethics Update 2006: Ethics In Advertising," Continuing
    Legal Education Program sponsored by the New York State
    Academy Of Trial Lawyers, July 12, 2006, Huntington, New
    York.

Panelist, "Functions and Procedures of the Grievance Committees,"
    Continuing Legal Education Program sponsored by the
    Appellate Divisions First and Second Department for their
    court staff, June 20, 2006.

Program Coordinator, "Prosecutorial Misconduct and the
    Disciplinary System," National Conference on Professional
    Responsibility, a Continuing Legal Education Program
    sponsored by the American Bar Association, Vancouver,
    British Columbia, June 2, 2006.

Lecturer, "Ethics For New Trial Attorneys," Continuing Legal
    Education Program sponsored by the New York State Trial
    Lawyers' Association, May 10, 2006.

Panelist, "Ethics Update 2006: Proposed Changes To The Lawyer
    Advertising Rules," Continuing Legal Education Program
    sponsored by the Brooklyn Bar Association, May 3, 2006.

Lecturer, "Second-Year Program for Newly Admitted Attorneys,"
    Continuing Legal Education Program sponsored by the New York
    County Lawyers' Association, April 28, 2006.

Lecturer, "Ethics for the Criminal Law Practitioner," Continuing
    Legal Education Program Sponsored by the Kings County
    Criminal Bar Association, April 25, 2006.

Panel Member, "Watch Out!  Ethical Perils and Pitfalls Facing
    Small Firm Practitioners," Continuing Legal Education
    Program sponsored by the Association of the Bar of the City
    of New York, April 5, 2006.

Lecturer, "The Disciplinary Process from Respondent's Point of
    View," Continuing Legal Education Program sponsored by The
    Departmental Disciplinary Committee For The First
    Department, Committee Member Orientation Program, March 31,
    2006.

Panel Moderator, "The Disciplinary Process:  How It Works,"
    Continuing Legal Education Program sponsored by the
    Association of the Bar of the City of New York, March 16,
    2006.

Panel Moderator and Lecturer, "Ethical Bounds Of Aggressive
    Litigation," Continuing Legal Education Program sponsored by
    the New York County Lawyers' Association, March 15, 2006.

Resume of Michael S. Ross

Lecturer, "Ethics In Litigation:  A 2006 Update," Continuing
    Legal Education Program sponsored by Fordham University
    School of Law, March 15, 2006.

Panel Member, "Lawyers in the Dock:  When Does Good Lawyering
    Become Criminal Conduct?" Continuing Legal Education Program
    sponsored by the Association of the Bar of the City of New
    York, February 16, 2006.

Lecturer, "Ethical Issues Arising In Criminal Practice," New York
    County Lawyer's Association Twenty-Eighth Annual Criminal
    Trial Advocacy Institute, Continuing Legal Education
    Program, First Department, January 26, 2006.

Panel Chair and Lecturer, "Ethics for Litigators: Real Problems
    of Everyday Practice," Continuing Legal Education Program
    sponsored by the Practicing Law Institute, December 21,
    2005.

Lecturer, "The Attorney-Client Privilege In the Litigation
    Process," Continuing Legal Education Program sponsored by
    Fordham University School of Law, November 15, 2005.

Lecturer, New York State Institute, "Ethics Update," Continuing
    Legal Education Program for court attorneys from civil,
    criminal and family courts throughout New York State;
    September 28, 2005 [Rochester, N.Y.]; November 1, 2005
    [Saratoga, N.Y.]; January 10, 2006 [White Plains, N.Y.];
    March 7. 2006 [Uniondale, N.Y.]; and April 4, 2006
    [Uniondale, N.Y.].

Lecturer, "Emerging Issues In Attorney Ethics: A Judicial
    Perspective," Legal Education Program sponsored by the
    Appellate Division, First Department, for Appellate Court
    Attorneys, November 15, 2005.

Lecturer, "The Attorney-Client Privilege In The Litigation
    Process," Continuing Legal Education Program sponsored by
    Fordham University School of Law, November 15, 2005.

Lecturer, "Professional Ethics – Recent Litigation Developments,"
    Continuing Legal Education Program sponsored by the
    Columbian Lawyers' Association, November 9, 2005.

Lecturer, "Ethical Issues Arising In Criminal Practice,"
    Continuing Legal Education Program sponsored by the
    Appellate Division, First Department, October 24, 2005.

Panel Moderator and Lecturer, "Critical Issues, Fresh Ideas, Best
    Practices: First Corporate Counsel Institute," Continuing
    Legal Education Program sponsored by the Corporate Counsel

Section of the New York State Bar Association, September 23, 2005.

Panelist, "Ethics Roundtable 2005," Continuing Legal Education Program sponsored by the New York State Trial Lawyers Institute, September 16, 2005.

Panel Moderator and Lecturer, "Emerging Issues in Litigation Ethics," Continuing Legal Education Program sponsored by the New York County Lawyers' Association, September 14, 2005.

Lecturer, "How to Avoid Pitfalls in Your Day-to-Day Practice," Continuing Legal Education Program sponsored by the New York County Lawyers' Association, August 12, 2005.

Panelist, "Ethics for Law Firm Practitioners: Managing Attorney Trust Accounts and Attorney Trust Accounts and Law Office Recordkeeping," Continuing Legal Education Program sponsored by the Practicing Law Institute, August 10, 2005.

Lecturer, "Ethical Challenges In Litigation," Continuing Legal Education Program sponsored by the New York Lawyers' Association American Law Academy, July 25, 2005.

Lecturer, "The Corporate Counsel Forum – Managing The Attorney-Client Relationship In The Corporate Counsel Setting," Continuing Legal Education Program sponsored by American Lawyer Media (May 12-15, 2005).

Lecturer, "What To Do When The Commission On Judicial Conduct Comes Calling," Continuing Legal Education Program sponsored by the Association of Judges of Hispanic Heritage, May 10, 2005.

Panel Moderator and Lecturer, "Emerging Ethical Issues For The Corporate Lawyer," Continuing Legal Education Program sponsored by the New York County Lawyers' Association, May 5, 2005.

Lecturer, "Ethical Pitfalls In Criminal Defense," Continuing Legal Education Program sponsored by the New York State Association of Criminal Defense Lawyers, April 22, 2005.

Lecturer, "Bridge the Gap 2: A Second Year Ethics Program for Newly Admitted Attorneys," Continuing Legal Education Program sponsored by the Practicing Law Institute, April 29, 2005.

Lecturer, "Ethics In Litigation: A 2005 Update," Continuing Legal Education Program sponsored by Fordham University School of Law, April 21, 2005.

Resume of Michael S. Ross

Lecturer, "Ethics Update 2005," Continuing Legal Education
     Program Sponsored by the Brooklyn Bar Association, April 13,
     2005.

Lecturer, "The Ethical Limits Of Zealous Representation — A View
     From Corporation Counsel's Office," In-House Continuing
     Legal Education Program conducted by the Corporation Counsel
     of the City New York, March 21, 2005.

Panelist, "Lynn Stewart: The Verdict And Its Implications,"
     Brooklyn Law School, February 17, 2005.

Lecturer, "Ethical Dilemmas For the Civil and Criminal Litigator:
     A 2005 Practical Review," Continuing Legal Education Program
     sponsored by the Appellate Division, First Department,
     February 7, 2005.

Panelist, "Current Issues In Professional Discipline — 'A
     Lawyer's Conundrum' — What To Do With Inadvertently
     Disclosed Information?" Continuing Legal Education Program
     sponsored by the Committee On Professional Discipline, 128th
     Annual Meeting of the New York State Bar Association,
     January 26, 2005.

Panelist, "General Ethics Pitfalls In Litigation," Continuing
     Legal Education Program sponsored by the Committee On
     Landlord Tenant Proceedings, 128th Annual Meeting of the New
     York State Bar Association, January 27, 2005.

Panel Moderator, "Prosecutorial Misconduct and the Disciplinary
     System," Continuing Legal Education Program sponsored by the
     Association of the Bar of the City of New York, January 19,
     2005.

Lecturer and Panel Moderator, "Ethical Bounds of Aggressive
     Litigation — A Year 2004 Update," Continuing Legal Education
     Program sponsored by the New York County Lawyers'
     Association, January 12, 2005.

Lecturer, at In-House continuing legal education program for
     the Wilens & Baker lawfirm, and addressed the issue of
     "Litigation Ethics," November 23, 2004.

Lecturer, "The Role Of Defense Counsel," United States Department
     of Justice Training Program For Dutch Counsel, New York
     University Law School, November 17, 2004.

Lecturer, "Ethics In Litigation:  A 2004 Update," Continuing
     Legal Education Program sponsored by Fordham University
     School of Law, November 16, 2004.

Resume of Michael S. Ross

Lecturer and Panel Moderator, "Designing Ethics Programs: What Is Ethics And Professionalism?  How Do You Weave It Seamlessly Into A Substantive Program?" Accredited Provider Conference, sponsored by the New York State Continuing Legal Education Board, New York State Judicial Institute, White Plains, New York, November 4, 2004.

Lecturer, "Litigation Ethics:  A 2004 Practical Review," Continuing Legal Education Program sponsored by the New York State Academy of Trial Lawyers, October 30, 2004 (Long Island) and October 16, 2004 (New York City).

Panel Moderator and Lecturer, "Emerging Ethical Trends For Corporate Counsel —  A Year 2004 Update," Continuing Legal Education Program sponsored by the Corporate Counsel Section of the New York State Bar Association, October 29, 2004.

Lecturer, "Blueprint For Building Your Practice — Ethical Issues," Continuing Legal Education Program sponsored by the New York County Lawyers' Association, October 22, 2004.

Lecturer, "Professional Ethics: A 2004 Practical Review," Continuing Legal Education Program sponsored by the Appellate Division, First Department, October 19, 2004.

Lecturer, "Recent Developments In Litigation Ethics: A 2004 Update," Continuing Legal Education Program Sponsored by the New York City Small Claims Arbitrators' Association, October 7, 2004.

Panel Moderator and Lecturer, "Ethics For Corporate Counsel — A Year 2004 Update," Continuing Legal Education Program sponsored by the New York County Lawyers' Association, September 22, 2004.

Panelist, "Everyday Ethical Challenges in the Practice of Law," Continuing Legal Education Program sponsored by the Association of the Bar of the City of New York, September 20, 2004.

Panelist, "Ethics In Litigation," Continuing Legal Education in-house program at the U.S. Commodity Futures Trading Commission, New York City Office, July 29, 2004.

Lecturer and Panel Moderator, "Emerging Issues In Litigation Ethics," Continuing Legal Education Program sponsored by the New York County Lawyers' Association, July 22, 2004.

Panelist, "What is Fraud and Why Does It Matter?," 2004 National Conference on Professional Responsibility, Plenary Session, June 4, 2004, Naples, Florida.

Panelist, "Confidentiality and Current, Former, Prospective
     Clients: It's Not Just About Crowded Elevators Any More,"
     2004 National Conference on Professional Responsibility,
     June 4, 2004, Naples, Florida.

Lecturer, "What Every New Attorney Must Know About Ethics,"
     Practicing Law Institute Continuing Legal Education Bridge
     The Gap Programs; May 26, 2004 (and previous dates,
     including August 23, 2000; January 2, 2001; May 29, 2001;
     July 25, 2001; July 25, 2001; August 22, 2001; October 8,
     2001; November 30, 2001; January 2, 2002; April 10, 2002;
     August 29, 2002; November 25, 2002; May 27, 2003; and
     November 24, 2003).

Lecturer, "Protecting The Record:  The Respondent's Point Of
View,"     Continuing Legal Education Program sponsored by The
           Departmental Disciplinary Committee For The First
           Department (Refresher Course for Referees), April 29,
           2004.

Chair and Panel Moderator, "Bridge The Gap 2: How To Avoid
Ethical    Pitfalls In Your Day-to-Day Practice," Continuing Legal
           Education Program sponsored by the New York County
           Lawyers' Association, April 16, 2004.

Lecturer, "Confronting Possible Client Fraud: Is 'Don't Ask,
Don't      Tell' An Ethically Acceptable Approach," Continuing
           Legal Education Program Sponsored by the Brooklyn Bar
           Association, April 14, 2004.

Lecturer, "Recent Developments In Criminal Litigation Ethics And
     Fee Regulations," Continuing Legal Education Program
     Sponsored by the Kings County Criminal Bar Association,
     April 1, 2004.

Lecturer, "Addressing Client Fraud: The Permissible Bounds Of
     Advocacy," Continuing Legal Education Program sponsored by
     the United States Department Of Homeland Security, Office Of
     The District Counsel, (two part presentation) March 24 and
     April 27, 2004.

Lecturer, "Competency of Government Attorneys In The Face Of
     Excessive Caseloads: The Individual Attorney's Duties,"
     Continuing Legal Education Program sponsored by the United
     States Department Of Homeland Security, Office Of The
     District Counsel, February 24, 2004.

Lecturer, 27th Annual Criminal Trial Advocacy Institute,
sponsored       by the Appellate Division, First Department and
                the New York County Lawyers' Association;
                "Practical Aspects of Evidence at Criminal

Resume of Michael S. Ross

Trials"; February 21, 2004 (previously delivered
this same lecture on a yearly basis from 1982 on).

Lecturer, "Recent Developments In Litigation Ethics," Continuing
Legal Education Program Sponsored by the New York City Small
Claims Arbitrators' Association, February 18, 2004.

Lecturer and Panel Moderator, "Ethical Bounds of Aggressive
Litigation -- A Year 2002 Update," Continuing Legal
Education Program sponsored by the New York County Lawyers'
Association, January 21, 2004.

Lecturer, "Recent Developments In Criminal Litigation Ethics And
Fee Regulations," Continuing Legal Education Program
sponsored by the Appellate Division, First Department,
Office Of Special Projects, December 15, 2003.

Lecturer, Seventeenth Annual Appellate Terms' Education Seminar,
speaking on "Ethics 2003 Primer:  Ethical Highlights - The
Year In Review and A Contemporary Overview of the Limits To
Aggressive Litigation," St. John's University School of Law,
December 1, 2003 (and previously delivered annual updates at
the Appellate Term's annual conferences on November 20,
2002, January 8, 2002 and November 29, 2000).

Lecturer, "Litigation Pitfalls for the New Practitioner,"
Continuing Legal Education Program sponsored by the New York
University School of Continuing And Professional Studies,
November 22, 2003.

Lecturer, "Ethics Update 2003: Significant Decisions And
Impending        Changes," Continuing Legal Education Program
sponsored by the Brooklyn Bar Association,
November 12, 2003.

Lecturer, "Professional Ethics -- Recent Litigation
Developments,"        Continuing Legal Education Program sponsored
by the Columbian Lawyers' Association,
November 5, 2003.

Lecturer, "Ethics For Corporate Counsel — A Year 2003 Update,"
Continuing Legal Education Program sponsored by the
Corporate Counsel Section of the New York State Bar
Association, October 27, 2003.

Lecturer and Program Moderator, "Ethics For The Transactional
Lawyer," Continuing Legal Education Program sponsored by the
New York County Lawyer's Association, September 17, 2003.

Lecturer, "Bridge The Gap II" Ethics Program, Practicing Law
Institute, August 18, 2003 (and multiple other dates).

Resume of Michael S. Ross

Panel Moderator, "Ethics For The Entertainment Lawyer,"
Continuing      Legal Education Program Sponsored by the
                Association of the Bar of the City of New York,
                June 11, 2003.

Lecturer, "Legal Ethics In Corporate Transactions," Bridge the
Gap   Continuing Legal Education Program sponsored by the
      Association of the Bar of the City of New York, May 28,
      2003.

Lecturer, "Ethics For Corporate Counsel – A Year 2003 Update,"
      Continuing Legal Education Program sponsored by the New York
      County Lawyers' Association, April 23, 2003.

Lecturer, "Conflicts Of Interests In The Immigration Context:
      Issues For Government Attorneys," Continuing Legal Education
      Program sponsored by the United States Department Of
      Homeland Security, Office Of The District Counsel, April 22,
      2003.

Lecturer, "Emerging Issues In The Field Of Conflicts Of Interests
      For The Criminal Practitioner," Continuing Legal Education
      Program Sponsored by the Brooklyn Criminal Bar Association,
      February 27, 2003.

Panelist, "Ethics For The Busy Lawyer: Avoiding Ethical Dilemmas
In    Your Law Practice," Continuing Legal Education Program
      sponsored by the New York County Lawyers' Association,
      February 26, 2003.

Lecturer, "The Duty of Zealous Advocacy And Its Limits: Basics
For   Newly Admitted Attorneys," Continuing Legal Education
      Program sponsored by Fordham University School of Law,
      February 25, 2003.

Lecturer, at In-House Continuing Legal Education program for
      Freshfields Bruckhaus Deringer, LLP, entitled:   "Ethics For
      The Transactional Lawyer – A Year 2003 Update," January 23,
      2003.

Lecturer, "Recent Developments In The Field Of Attorney Candor In
      Litigation," Continuing Legal Education Program sponsored by
      the United States Department Of Homeland Security, Office Of
      The District Counsel, January 28, 2003.

Lecturer, "The Attorney-Client Privilege:  Is It Alive And Well?"
      Continuing Legal Education Program sponsored by the
      Appellate Division, First Department, Office Of Special
      Projects, December 9, 2002.

Panelist, "Clarence Darrow:  Crimes, Causes and the Courtroom,"
    Continuing Legal Education Program sponsored by the New York
    County Lawyers' Association, October 26, 2002.

Lecturer, "Ethics For Corporate Counsel — A Year 2002 Update,"
    Continuing Legal Education Program sponsored by the
    Corporate Counsel Section of the New York State Bar
    Association, October 25, 2002.

Panelist, Ethics Panel following the dramatic presentation
entitled  "Impeach Justice Douglas!" Continuing Legal Education
            Program sponsored by the New York County Lawyers'
            Association, October 25, 2002.

Lecturer, "Ethical Considerations in Aggressive Trial Lawyering,"
    Continuing Legal Education Program sponsored by Law Journal
    Seminars/American Lawyers Media, entitled <u>Litigation Summit</u>,
    The New York Hilton Hotel, October 15, 2002.

Lecturer, "Emerging Issues In The Field Of Conflicts," Continuing
    Legal Education Program Sponsored by the Brooklyn Bar
    Association, October 9, 2002.

Lecturer and Panel Moderator, "Ethical Bounds of Aggressive
    Litigation — A Year 2002 Update," Continuing Legal Education
    Program sponsored by the New York County Lawyers'
    Association, September 18, 2002.

Lecturer and Panel Moderator, "Emerging Challenges In Ethical
    Issues For The Corporate Lawyer," Continuing Legal Education
    Program sponsored by the New York County Lawyers'
    Association, June 26, 2002.

Speaker, "New York State Judicial Institute On Professionalism In
    The Law:  Summit on the Internet and the Practice of Law:
    Charting a Course for the Twenty-First Century," speaking on
    the issues of "On-Line Attorney Referral Service:
    Partnering With Non-Attorneys and Fee-Splitting Among
    Attorneys," Fordham University School of Law, June 18, 2002.

Lecturer, "An Ethical Perspective for General Counsel,"
Continuing       Legal Education Program sponsored by Law Journal
                Seminars/American Lawyers Media, entitled <u>General</u>
                <u>Counsel Conference</u>, The St. Regis Hotel, June 15,
                2004 (previously spoke at the same program in June
                2001 and June 2003).

Lecturer, "Recent Developments in Criminal Litigation Ethics,"
    Continuing Legal Education Program sponsored by the
    Appellate Division, First Department and the Criminal
    Justice Coordinator's Office, April 22, 2002.

Lecturer, "Ethical Conduct In The Workplace," Practicing Law
   Institute Program entitled "The Law Library 2002," April 10,
   2002.

Lecturer, "Civility and Professionalism," Continuing Legal
   Education Program sponsored by the Brooklyn Bar Association,
   April 10, 2002.

Panelist, "The Disciplinary Process:  How It Works," Continuing
   Legal Education Program sponsored by the Committee on
   Professional Discipline of the Association of the Bar of the
   City of New York, April 9, 2002.

Panelist, "Ethics – When Your Case Is On The Line," Continuing
   Legal Education Program sponsored by the New York County
   Lawyers' Association "American Inn of Court" Program, April
   4, 2002.

Lecturer and Panel Moderator, "Ethical Bounds Of Aggressive
   Litigation -- An Update on Developments," Continuing Legal
   Education Program sponsored by the New York County Lawyers'
   Association, April 3, 2002.

Panelist, "An Ethics Roundtable For 2002," Continuing Legal
   Education Program sponsored by the New York State Trial
   Lawyers Institute, March 22, 2002 (previously served as
   panelist for this program in March 2001).

Panelist, "Clarence Darrow:  Crimes, Causes and the Courtroom,"
   Continuing Legal Education Program sponsored by the New York
   County Lawyers' Association, March 18, 2002.

Lecturer, "Ethics and the Criminal Law Practitioner – Avoiding
   Ethical Pitfalls," Continuing Legal Education Program
   sponsored by the New York State Defenders Association, March
   16, 2002.

Lecturer, "Avoiding Ethical Pitfalls:  Basics for the New
   Practitioner," Continuing Legal Education Program sponsored
   by Fordham University School of Law, March 13, 2002.

Lecturer, at ten In-House continuing legal education programs for
   Kaye Scholer LLP, entitled: "Ethics In Aggressive
   Litigation"; "Ethics In Complex Litigation"; "Ethics In
   Transactional Lawyering"; "Ethical Issues In Aggressive
   Discovery"; and "Ethical Issues In Aggressive Lawyering"
   (November 2006; December 2006; March 2003; February 2003;
   December 2000; May 2001; January 2002).

Lecturer, "Ethics and the Criminal Practitioner," Continuing
Legal      Education Program sponsored by the Criminal Law Section

and the Committee on Continuing Legal Education of the
New York State Bar Association, November 16, 2001.

Lecturer, "Ethics For Corporate Counsel," Continuing Legal
Education Program sponsored by the Corporate Counsel Section
of the New York State Bar Association, October 25, 2001.

Lecturer and Panel Moderator, "Bridge The Gap Ethics:  What Every
Practicing Lawyer Must Know," Continuing Legal Education
Program sponsored by the Association of the Bar of the City
of New York, October 22, 2001.

Lecturer, "Ethics For Lawyers In The 21st Century:  Ethics And
The  Internet," Continuing Legal Education Program sponsored by
the New York University School of Continuing And
Professional Studies, October 6, 2001.

Lecturer, "How [Not] To Commit Malpractice With Your Computer,"
Continuing Legal Education Program at "LegalTech," sponsored
by Law Journal Seminars/American Lawyers Media, the ABA Law
Practice Management Section and other entities; New York
Hilton (September 25, 2001).

Lecturer, "Emerging Ethical Issues In Aggressive Litigation,"
Continuing Legal Education Program sponsored by the Suffolk
County Bar Association, September 22, 2001.

Lecturer and Program Moderator, "Ethics For The Transactional
Lawyer," Continuing Legal Education Program sponsored by the
New York County Lawyer's Association, November 7, 2001.

Lecturer, "Emerging Ethical Issues In Litigation," Continuing
Legal    Education Program sponsored by the New York City Law
Department, September 5, 2001.

Lecturer, "Avoiding Ethical Pitfalls," New York County Lawyers'
Association "Bridge The Gap Program: A Program For Newly
Admitted Attorneys," August 10, 2001.

Lecturer, "Avoiding Ethical Pitfalls," Association of the Bar of
the City of New York "Bridge The Gap Program," June 14,
2001.

Lecturer, "Aggressive Lawyering," Continuing Legal Education
Program sponsored by the Brooklyn Bar Association, April 11,
2001.

LawLine.Com televised program, entitled:  "The Disciplinary
Committee," (appeared with Thomas Cahill, Chief Counsel of
the Departmental Disciplinary Committee for the First
Judicial Department), April 8, 2001.

Resume of Michael S. Ross

Lecturer, "Ethics In Litigation:  Aggressive Litigation Tactics,"
     Continuing Legal Education Program sponsored by the
     Appellate Division, First Department and the Criminal
     Justice Coordinator's Office, April 2, 2001.

Lecturer, "Ethics and Professionalism," Continuing Legal
Education      Program sponsored by Law Journal Seminars/American
               Lawyers Media, entitled Civil Litigation – A View
               From The Bench And The Bar, The New York Hilton,
               March 23, 2001.

Lecturer, "Protecting The Record:  The Respondent's Point Of
View,"         Internal Training Course For Referees Of The
               Departmental Disciplinary Committee For The First
               Department, March 15, 2001.

Lecturer, "Limits to Aggressive Litigation," Continuing Legal
     Education Program sponsored by the General Practice, Solo
     and Small Firm Section, New York State Bar Association
     Annual Meeting, January 24, 2001.

Lecturer, "Avoiding Ethical Pitfalls," New York County Lawyers'
     Association "Bridge The Gap Program," December 1, 2000.

Panelist, Symposium entitled "The Cooperating Witness Conundrum:
     Is Justice Obtainable?" held at the Benjamin N. Cardozo
     School of Law, addressing the issue of "Proposal for Change
     – Internal and External Disciplinary Systems," November 30,
     2000.

Lecturer, "Recurring Ethical Issues Facing Attorneys During Their
     Careers," Orientation Program For Candidates For Admission
     To The Bar, sponsored by the Office of the Committee on
     Character and Fitness, Appellate Division, First Department,
     October 24, 2000; November 14, 2000; December 5, 2000;
     January 9, 2001; and March 27, 2001.

Lecturer, "Ethics and the Internet," Continuing Legal Education
     Program sponsored by the Brooklyn Bar Association, November
     8, 2000.

Panelist, "Ethics In Litigation," speaking on the topics of "Is
     Deceit Acceptable In The Litigation Process," and, "Offering
     Questionable Testimony And Documents," Continuing Legal
     Education Program sponsored by the Appellate Division, First
     Department, October 16, 2000.

Lecturer, "Ethics In Aggressive Litigation:  The Rules of
     Engagement," sponsored by Law Journal Seminars/American
     Lawyers Media, New York Hilton Hotel, October 5, 2000.

Resume of Michael S. Ross

Panelist, "Ethical Considerations in Public Sector Law," American
    Bar Association Annual Convention For Year 2000, sponsored
    by the A.B.A.'s Government & Public Sector Lawyer Division,
    July 7, 2000, Warwick Hotel, New York City.

Panelist, "Ethical Problems Facing Prosecutors," American Bar
    Association Annual Convention For Year 2000, sponsored by
the A.B.A.'s Criminal Justice Section, July 7, 2000, New York
    Hilton Hotel, New York City.

Panelist, "Ethical Issues On The Internet," Meeting Of The New
York    State Association Of Disciplinary Attorneys," May 18,
2000.
Lecturer, "The Internet Effect On Ethical Obligations Of The Law
    Firm To Its Clients:  Confidentiality And The Internet,"
    sponsored by Law Journal Seminars/American Lawyers Media,
    New York Hilton & Towers, May 16, 2000.

Lecturer, "The Internet Effect On Ethical And Managerial
Functions    That Effect Law Firms Internally," sponsored by
Law Journal    Seminars/American Lawyers Media, New York Hilton &
Towers, May    9, 2000.

Program Chair, "Civil Trial Practice:  Firefights In The New
    Millennium," Continuing Legal Education Program sponsored by
    Law Journal Seminars/American Lawyers Media; also lecturing
at    that program on the subject of Ethical Considerations in
Trial    Lawyering and on the issue of Effective Motions In
Limine; The    New York Hilton & Towers, May 1 and May 2, 2000.

Lecturer, "The Respondent's Perspective On The Disciplinary
Process    In The First Department," Internal Training Course For
            Referees And Panel Members Of The Departmental
            Disciplinary Committee For The First Department; April
            11, 2000.

Panelist, "Basic Legal Ethics Program," speaking on the topic of
    "Avoiding Ethical Pitfalls In The Area Of Legal Fees,"
    Continuing Legal Education Program sponsored by the
    Appellate Division, First Department; March 27, 2000.

Lecturer, "Ethics and Professionalism," Continuing Legal
Education        Program sponsored by Law Journal Seminars/American
            Lawyers Media, entitled Civil Litigation - A View
            From The Bench And The Bar, The New York Hilton &
            Towers; March 21, 2000.

Lecturer, "Understanding The Ethics Terrain," Practicing Law
    Institute Continuing Legal Education Bridge The Gap Program;
    February 21, 2000.

Resume of Michael S. Ross

Lecturer, "How Not To Commit Malpractice With Your Computer,"
     Continuing Legal Education Program at "LegalTech-ABA Small
     Firm Track series," sponsored by Law Journal
     Seminars/American Lawyers Media, New York Hilton & Towers;
     January 25, 2000.

Lecturer, "Avoiding Ethical Pitfalls," Marino Institute for
     Continuing Legal Education Program sponsored by the New York
     Criminal & Civil Courts Bar Association; December 7, 1999.

Lecturer and Demonstration, "Summations," Hofstra Law School
     Advanced Trial Seminar; December 2, 1999.

Lecturer, "Ethical Challenges For The Experienced Lawyer," Legal
     Education Program sponsored by St. John's University Law
     School; October 14, 1999.

Lecturer, "Avoiding Ethical Pitfalls Facing Experienced
     Practitioners," Continuing Legal Education Program sponsored
     by Law Journal Seminars/American Lawyers Media, New York
     Hilton, May 11, 1999 and October 4, 1999.

Lecturer, St. John's Law School, Continuing Legal Education
     Program on the "Client Fraud Exception To The Attorney-
     Client Privilege,"; April, 1999.

Panelist, 1998 New York State Bar Association Annual Meeting,
Panel      sponsored by the Committee on Professional Discipline,
     "New Rules Governing Lawyers,"; January 29, 1998.

Panelist, Association of Professional Responsibility Lawyers,
     American Bar Association 1996-1997 Houston, Texas Mid-Year
     Meeting, "Constitutional and Ethical Implications of Using
     Law Firm Personnel as Confidential Informants in
     Disciplinary Investigations,"; January, 1997.

Panelist, Pace University School of Law, Center for Continuing
     Education, "Pitfalls In Client Billing In The 1990's,"
     (March, 1997) (sponsored by the Westchester County Women's
     Bar Association).

Panelist, along with New York Court of Appeals Chief Judge Judith
     Kaye, at New York Press Club Foundation "Fourth Annual
     Conference on Journalism," Program on "The Impact of
     Television in the Courtroom," Columbia University; November
     1996.

Lecturer, Brooklyn Bar Association Continuing Legal Education
     Program; "Pre-trial Hearings and Motions--The Wade Hearing";
     1995.

Resume of Michael S. Ross

Instructor, Legal Aid Society Criminal Defense Division Trial
    Advocacy Program; 1986 through 1994.

Lecturer, Criminal Trial Advocacy In the Federal Courts Course,
    sponsored by the United States District Court, Eastern
    District of New York and the Brooklyn Bar Association;
    "Federal Sentencing Guidelines"; November, 1993.

Symposium moderator at Program entitled:  "Should The
Exclusionary   Rule Be Scrapped?"; New York City Association;
               October, 1996.

Symposium moderator at Program entitled: "Are Prosecutors Really
    Subject To The Traditional Enforcement Of Ethical Rules?";
    New York City Bar Association; June, 1994.

Lecturer at New York State Association of Criminal Defense
    Lawyers Program Entitled:  "Cross-Examination To Kill" — The
    Cross-Examination Of A Fingerprint Expert"; June, 1994.

Panelist, at U.S. Department of Justice First Annual Conference
    of Professional Responsibility Officers, Washington, D.C.,
    "Private Bar Perspective"; October, 1994.

Symposium moderator at Program entitled:  "Confronting Client
    Fraud in 1990's:  Disasters in the Making"; New York County
    Lawyers' Association; June, 1993.

Instructor at U.S. Attorney General's Advocacy Institute,
    Advanced Advocacy Courses, on the topic of "The Ethics of
    Defending and Prosecuting Cases"; 1989-1990.

Panelist, Benjamin N. Cardozo School of Law Forum entitled:  "The
    Pregnancy Police: Prosecution of Maternal Substance Abuse";
    April, 1992.

Lecturer, Cornell Law School Seminar on "Abuses In The
    Government's Application Of The RICO Statute"; April, 1992.

Panelist, New York School Symposium entitled, "The United States
    Supreme Court In The 1990's"; February, 1992.

Panelist, WNYC Radio Program on the topic of "Grand Jury Abuse,";
    January 13, 1992.

Lecturer, New York State Bar Association Continuing Legal
    Education Program on "Evidence and the Trial of a Criminal
    Case" (New York City, Albany, Tarrytown and Rochester,
    1991).

Moderator, New York Council of Defense Lawyers Sentencing Program
    - "Advocacy With the Prosecutor"; October, 1991.

Lecturer, New York County Lawyers' Association Forum on
    "Forfeiture Laws: An Overview For the Federal and State
    Practitioner"; January, 1991.

Lecturer, Criminal Trial Advocacy in the Federal Courts Program,
    sponsored by the United States District Court for the
    Eastern District of New York and the Appellate Division,
    Second Department:   "Plea Bargaining and Cooperation Under
    the New Sentencing Guidelines"; November, 1990.

Sponsored Association of the Bar of the City of New York Public
    Forum entitled:   "When Criminal Advocates Talk To The Press:
    On And Off The Record After Gentile"; April, 1992.

Chaired Association of the Bar of the City of New York public
    forum entitled:   "Are Federal Prosecutors Exempt From
    Professional Rules of Ethics?"; March, 1991.

Panelist, American Bar Association Program Entitled:   "Blasting
    Into the 90's: Hot Issues In Criminal Law Practice -- The
    Grand Jury Witnesses of the 90's . . ." November, 1990
    (Washington, D.C.).

Lecturer, American Law Institute's Seminar on "The Federal
    Sentencing Guidelines," Washington, D.C.; April, 1989.

Lecturer, Federal Bar Association (Philadelphia Chapter),
    Criminal Law Committee Seminar on "Federal Sentencing
    Guidelines," Philadelphia, Pa.; June, 1989.

Lecturer, Federal Courts Committee, Brooklyn Bar Association on
    "How To Practice Law and Not Lose Your Fees"; January, 1990.

Lecturer, Criminal Law and Procedure Course, sponsored by the
    Appellate Division, Second Department and the Brooklyn Bar
    Association; 1984; 1986; and 1988.

Guest lecturer since 1981 at special programs and classes at
    various law schools, including Cornell Law School, Brooklyn
    Law School, St. John's Law School, New York Law School,
    Hofstra Law School and John Jay College of Criminal Justice,
    speaking on criminal law and ethics issues.

Appeared in half-hour interview on CSPAN, on the topic of Grand
    Juries – their operations and possible abuses (Washington,
    D.C.; February 26, 1998).

Participant in nationally syndicated program, "American Journal,"
    in mock jury selection for O.J. Simpson trial; September,
    1994.

Resume of Michael S. Ross

Panelist in the nationally broadcast CBS program "Nightwatch,"
    and discussed the government's attempts to compel attorneys
    to disclose information concerning their clients; February
    1990.

Participant in the Legal Aid Society's Consulting Colleague
    Program (the "Mentor Program"); 1989-1990.

Testified before Congress' Federal Courts Study Committee on Long
    Range Planning For the Federal Judiciary; January, 1990.

Testified before the New York State Senate and Assembly Committee
    on Codes, Joint Legislative Hearings, in connection with
    "Forfeiture Under New York State Law:  A Five Year
    Assessment"; August, 1989.

Testified before the New York State Law Enforcement Council in
    connection with proposed amendments to New York State's
    forfeiture laws; February, 1989.

Testified as expert witness before the House of Representatives,
    Committee on the Judiciary, on behalf of National
    Association of Criminal Defense Attorneys in connection with
    amendments to Federal law governing grand jury practice;
    June, 1987.

Lecturer at New York Women's Bar Association, Litigation Skills
    Committee meeting on "Appellate Practice"; November, 1987.

Lecturer, National Network For the Right to Counsel's "Conference
    on Defending the Right to Counsel"; November, 1986.

Panelist, Citizen's Crime Commission of New York City, "The
    Proposed State RICO Statute"; May, 1986.

Lecturer, Criminal Law Institute, St. John's Law School; "Seeking
    Forfeiture of Attorney's Fees, A New Weapon For the Assault
    Upon Organized Crime"; March, 1986.

Lecturer, Nassau Academy of Law White Collar Crime Program; "The
    Defense of Criminal RICO Cases"; January, 1986.

Lecturer at In-House Training programs since 1978 for various
    local prosecutors' offices including the Brooklyn District
    Attorney's Office, the Staten Island District Attorney's
    Office, etc.

Lecturer, New York County Criminal Bar Association Continuing
    Education Lecture Series; lectured on "Defense Perspectives
    on Court Ordered Electronic Surveillance"; February, 1982.

Resume of Michael S. Ross

Instructor and lecturer at U.S. Attorney General's Advocacy
    Institutes on Public Corruption (San Diego, 1979; New
    Orleans, 1980); Grand Jury Practice (Denver, 1981; Chicago
    and Washington, D.C., 1982); and Economic Fraud (Atlanta,
    1981; Chicago, 1982).

Lecturer, N.Y. State Division of Criminal Justice Services
    Seminar on Economic Crime; lectured on "Grand Jury Practice
    and the Search for Documentary Evidence"; March, 1981.

Instructor, N.Y. City Corporation Counsel "Trial Techniques
    Program"; February, 1981.

Instructor, N.Y. State Attorney General's Training Program;
    lectured on "The Acquisition of Evidence at the Grand Jury
    Stage"; January, 1980.

Lecturer, N.Y. State Division of Criminal Justice Services
    Seminar on Scientific Evidence and Expert Testimony;
    lectured on "The Utilization of Expert Testimony at Trial";
    April, 1980.

Lecturer, N.Y. State Division of Criminal Justice Services
    Seminar on the Prosecution and Defense of Rape Cases;
    lectured on "The Acquisition and Use of Physical Evidence At
    a Rape Trial"; May, 1979.

Lecturer, N.Y. City Annual Criminal Justice Training Program for
    Law Students; lectured on "Lineups, Identification
    Procedures and Electronic Eavesdropping"; 1979 and 1980.

## PUBLICATIONS

Authored various articles and monographs to accompany the
    Continuing Legal Education Programs as described above.

Co-authored "Defending The Indefensible:  Navigating The
    Strategic And Ethical Landscape Of Defending Clients Who
    Have Engaged In Indefensible Conduct," American Bar
    Association *Tort, Trial & Insurance Practice Law Journal*,
    Volume 52, Issue 3 – Spring/Summer 2017.

Editorial Consultant, The New York Rules Of Professional Conduct:
    Rules And Commentary, (Winter 2012) Oxford University Press,
    Edited by the New York County Lawyers' Association Ethics
    Institute.

Co-authored chapter entitled "Client and Witness Perjury," in the
    American Bar Association, Section of Litigation, book
    entitled Litigation Ethics:  Course Materials For Continuing
    Legal Education, (2000).

Resume of Michael S. Ross

"How Not To Commit Malpractice With Your Computer," <u>Legal Tech Newsletter</u>, Vol. XVIII, Number 6 (September 2000) and Vol. XVIII, Number 7 (October 2000) (A Two-Part Series) (Published by American Lawyer Media).

"Strategic Moves To Defend White Collar Fees:  Is A 'Good' Fee In A White Collar Case Always Really 'Good'," <u>A.B.A. Criminal Justice Magazine</u>, Summer 1999 (Cover Article), Vol. 14, No. 2, pp. 4,<u>et seq.</u>

Authored chapter entitled "Evidentiary Issues and Objections," in <u>New York Criminal Practice (2d ed. 1998)</u>, published by the New York State Bar Association.

"Cooperating with Federal Authorities:  Operating on the Outer Limits," <u>A.B.A. Criminal Justice Magazine</u>, Summer 1997 (Cover article), Vol. 12, No. 2, pp. 4,<u>et seq.</u>

"Ethics Column:  Alternative Forums for Ethics Disputes," <u>A.B.A. Criminal Justice Magazine</u>, Spring 1996, Vol. 11, No. 1, pp. 42,<u>et seq.</u>

"Ethics Column:  Defense – A Decade of Litigating Dangerously: Time to Replace Rhetoric with Reason," <u>A.B.A. Criminal Justice Magazine</u>, Fall 1994, Vol. 9, No. 3, pp. 36,<u>et seq.</u> (co-authored with Sheldon Krantz).

Authored various "amicus" briefs on behalf of the American Bar Association's Criminal Justice Section, the Association of the Bar of the City of New York Criminal Advocacy Committee and the New York County Lawyer's Association Committee on Professional Discipline in connection with issues relating to attorney subpoenas, attorney fee forfeiture and attorney discipline issues.

Authored the original American Bar Association 1988 attorney subpoena resolution and supporting report; and in 1989, authored the original Model Rule of Professional Conduct (i.e., Rule 3.8[f]), adopted in 1990 (later repealed), which required prior judicial approval of prosecutorial subpoenas to attorneys.

Monograph, <u>Practical Evidentiary Problems at Trial</u>; 1978 through 2002 editions of <u>Manual for Basic Course for Prosecutors</u> (published by the New York State Division of Criminal Justice Services).

Monograph, <u>Practical Aspects of Evidence at Trial</u>; 1995 through 2002 editions of <u>New York County Lawyers' Association Continuing Legal Education Manual For Annual Program On Criminal Trial Advocacy.</u>

Resume of Michael S. Ross

Article, "The Forfeiture of Attorney Fees in Criminal Cases: A
    Call For Immediate Remedial Action," The Record of the
    Association of the Bar of the City of New York, Vol. 41, No.
    4, pp. 469525 (May, 1986).

Monograph, Issuance of Subpoenas Upon Lawyers In Criminal Cases:
    A Defense Attorney's Perspective (March, 1985); published
    and distributed by the Association of the Bar of the City of
    New York.

Monograph, Special Considerations in the Utilization of Title III
    Electronic Surveillance in Official Corruption and Fraud
    Cases (April 1982); published and distributed nationally by
    U.S. Attorney General's Advocacy Institute.

Monograph, Constitutional and Statutory Privileges Before Federal
    Grand Juries (April, 1982); published and distributed
    nationally by U.S. Attorney General's Advocacy Institute.

Article, "Robbins v. California and the Standards For Searching
    and Seizing Packages," Search and Seizure Law Report, Vol.
    8, No. 9 (September, 1981).

Monographs, New York State Grand Jury Practice and the Search For
    Documentary Evidence and Multiple Representation at the
    Grand Jury Stage (February, 1981); published and distributed
    throughout N.Y. State by N.Y. State Division of Criminal
    Justice Services.

Monograph, The Utilization of Expert Testimony At Trial (June,
    1980); Reprinted in Manual for Basic Course for Prosecutors
    (N.Y. State Division of Criminal Justice Services).

Monograph, The Constitutional Acquisition Of Evidence From the
    Defendant and Its Use At Trial (April, 1979); Reprinted in
    Handbook on Scientific Evidence and Expert Testimony (N.Y.
    State Division of Criminal Justice Services).

Monograph, Evidentiary Aspects Of the Preparation and Trial Of a
    Rap Case (April, 1979); Reprinted in Sex Offense Manual
    (N.Y. State Division of Criminal Justice Services).

Monograph, Electronic Surveillance and the Grand Jury, (April,
    1978).


## SUPPLEMENTARY BACKGROUND INFORMATION


## ADDITIONAL LEGAL EDUCATION

Resume of Michael S. Ross

National College of District Attorneys, Houston, Texas; Criminal
    Trial Advocacy Course (June, 1977).

Cornell Institute on Organized Crime (August, 1976).


EDUCATIONAL HONORS

Law School:

    Note and Comment Editor, New York University Review of Law
    and Social Change

    International Moot Court Team; Runner-up, International Moot
    Court Regional Competition (Harvard, 1972)

Undergraduate:

    Phi Beta Kappa
    Omicron Delta Pi – National Honorary Economics Society
    Tau Kappa Alpha – National Honorary Forensics Society
    Henry Rutgers Scholar Program (Honors Program)

    Graduated with "Honors"
    Graduated with "Distinction" from the Department of
    Economics
    Dean's List: 1968-71

2