# EXHIBIT 3-2



2001 M STREET NW
10th Floor
WASHINGTON, DC 20036

WWW.WILKINSONWALSH.COM

———

A LIMITED LIABILITY
PARTNERSHIP

_____

*Via E-Mail*
A. Scott Bolden
Reed Smith LLP
1301 K St., N.W.
Suite 1000 – East Tower
Washington, DC 20005

Dear Mr. Bolden,

I have read your ▮▮▮▮▮▮ letter, ▮▮▮▮▮▮▮▮▮▮▮













Best Regards,



Beth Wilkinson

