IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

David P. Donovan

        Plaintiff,

v.

Beth A. Wilkinson,

        Defendant.

Civil Action No. 1:20-cv-1344

## DECLARATION OF MOIRA KIM PENZA

I, Moira Kim Penza, declare under penalty of perjury:

Background

1. I am thirty-six years old and I have personal knowledge of the facts set forth herein.

2. I am a Partner in the New York office of Wilkinson Stekloff LLP, where I have worked since September 2019.

3. I have been a member in good standing of the New York Bar since 2009.

4. In 2005, I received a Bachelor of Arts degree, *summa cum laude*, from Binghamton University.

5. In 2008, I received my Juris Doctorate degree, *magna cum laude*, from Cornell Law School. After graduating, I worked as an associate for six-and-a-half years at Paul, Weiss, Rifkind Wharton, & Garrison LLP in New York.

6. I left Paul, Weiss in 2015 and joined the United States Attorney's Office for the Eastern District of New York as an Assistant United States Attorney. During my tenure I primarily served in the Organized Crime and Gangs Section. I was also the Office's Human Trafficking Coordinator. As an AUSA, I prosecuted a wide range of violent and

1

white collar crime, including *United States v. Raniere*, a racketeering and sex trafficking case against the leader of a cult-like organization, NXIVM.

7. In September 2019, I reentered private practice and joined Wilkinson Stekloff (then Wilkinson Walsh) as a Partner. Since joining the firm, I have worked on a variety of significant matters for corporate and individual clients.

8. On the morning of ▮▮▮▮▮▮, Ms. Wilkinson called me to ask if I would co-lead with her an investigation into workplace misconduct ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and I agreed. When Ms. Wilkinson explained the engagement, she told me that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ From that point until present, she and I have communicated almost daily about the investigation.

9. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ms. Wilkinson and I had a call with ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ms. Wilkinson introduced me on the call as co-leading the investigation. ▮▮▮▮▮▮ explained the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ On that call, Mr. Chirite mentioned that ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ Beth commented that we ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ After that phone call, I do not believe I ever had a phone conversation with Mr. Chirite again.

10. Following that call, ▮▮▮▮▮▮▮▮ became my point of contact, and he and I communicated regularly. The first week of our engagement, ▮▮▮▮▮▮▮▮ communicated primarily about ▮▮▮▮▮▮▮▮▮▮▮▮ and on July 16 the first feature Washington Post story was

2

published. ▮▮▮▮, I began ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮

also knew based on our discussions that we were providing regular updates to ▮▮

▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

▮▮▮▮

11. On ▮▮▮▮, Ms. Wilkinson and I spoke extensively about the investigation. During the conversation, she informed me that over the prior weekend, ▮▮▮▮ ▮▮▮▮▮▮▮▮ had told her about ▮▮▮▮ ▮ ▮▮▮▮▮▮. Ms. Wilkinson told me that ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮, and Ms. Wilkinson told me that she ▮▮▮▮▮▮▮▮ ▮▮▮▮ ▮▮▮▮▮▮▮▮ Beth also told me that ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ and she described ▮▮▮▮ ▮▮▮▮ Ms. Wilkinson never ▮▮▮▮▮▮▮▮ and she asked me ▮

3

███████████████████████████ when I planned to be in Washington, D.C. in-person for a scheduled meeting with ██████

12. That same week, my colleagues and I began the process of scheduling interviews with ███████████████████ Right away, ██████████████████████

██████████████████████████████████████████

██████████████████████████████████ On the evening of

████████████████, asking for ████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████████ wrote back, ████████████

██████████████████████████████

██████████████████████████████

██████████████████████████ added that ██

██████████████████████████████████████

█████████████████ *Id.*

13. Upon receiving this email, I communicated with Ms. Wilkinson, who informed me that she had already discussed ████████████████████

███████████████████████████, but only for the purpose of speaking to us, *i.e.*, that █████████████████████

██████ With this understanding, I wrote back to ███████████████ and said, ██████████████████████████████

██████████████████████████████████████

██████████████████████████ During the course of the investigation, ████████

4

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓ Exhibit W18-B.

14. ▓▓▓▓▓▓▓▓, I traveled to D.C. for my scheduled meeting with ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ had decided not to meet in person in light of the pandemic, but another colleague and I met with ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ At no point during that meeting, nor anytime thereafter, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Additionally, in my experience, ▓▓▓▓▓▓ was always precise and careful ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

15. Out of the ▓▓▓▓▓▓▓▓ we have interviewed, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ have requested assurances that they are free to cooperate with our investigation, which my colleagues and I have always provided upon request, based on the authorization given to us by the Team. To preserve the independence of the investigation, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ we never disclosed ▓▓▓▓▓▓ who we were interviewing, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ one of the reasons we sought the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ so that we would not have to make requests on an individual basis.

16. Later that evening of ▓▓▓▓▓ I met in person with Ms. Wilkinson. We talked about the investigation at various points throughout the evening, including about ▓▓▓▓▓▓ ▓▓▓▓▓. At no point that evening or in any conversation before or after did Ms. Wilkinson inform me ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

████ or that the release of confidentiality obligations to cooperate in our investigation ████████████████████ ████████. Additionally, I never understood ████████████████████████████████████████

████████████████████████████████████████

17. If at any point Ms. Wilkinson had instructed me that ████████████████ ██ ████████████, I would have argued that we should no longer continue with the investigation ████████████████████████████████ the integrity of our investigation. Indeed, Ms. Wilkinson and ████████████████ ████████████████████████████████ investigate ██ ████████████████████████████████████████████ ████████████████████████ At some point, Ms. Wilkinson and I agreed that later in our investigation ████████████████████████ ████████████████████████, ████████████████████████ ████.

18. Based on my experience working with Ms. Wilkinson on this investigation and on other matters, I believe that if she was concerned that ████████████████████ ████████████ or that the ████████████████████ ██████ ████████████, that Ms. Wilkinson would have immediately raised those issues to ████████████████████ For example, ████████████ ████████████████████████ we faced an issue where ████████ told us ████████████████████████████████████████ ████████████████████████████████████ Rather than accepting ██████ that ████████████████████, Ms. Wilkinson and I took a

6

number of steps, including ▮▮▮ and documenting ▮▮▮ in letters ▮▮▮ ▮▮▮.

19. ▮▮▮

▮▮▮

▮▮▮ By this point t▮▮▮ ▮▮▮ continued to ▮▮▮ as he had before, ▮▮▮

▮▮▮ ▮▮▮

▮▮▮

▮▮▮. These documents were substantively the same as ▮▮▮ ▮▮▮.

20. In mid-September, Ms. Wilkinson informed me that she ▮▮▮ and she provided ▮▮▮ ▮▮▮. Ms. Wilkinson and I conducted ▮▮▮

▮▮▮

▮▮▮

▮▮▮

Ms. Wilkinson and I spoke ▮▮▮



7

████████████████████ ████████ ████████ investigation and report.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2020

████████████████

Moira Kim Penza

Case 1:20-cv-01344-AJT-IDD Document 3572 Filed 09/02/20 Page 8 of 19 PageID# 3124

# EXHIBIT W17

| | |
|---|---|
| **From:** | Moira Penza |
| **Sent:** | Monday, July 20, 2020 9:28 PM |
| **To:** | Will Rawson |
| **Subject:** | RE: Materials |

Thank you, Will.

Please also see some additional requests below.



**From:** Will Rawson
**Sent:** Monday, July 20, 2020 10:57 AM
**To:** Moira Penza
**Subject:** RE: Materials

Hi Moira.  Attached/below, some additional materials:

1. 

2. 

1

3. ██████████████████████████████████████

4. ██████████████████████████████████████████████████
██████████████████████████████████

Best,
Will



**Will Rawson**
General Counsel | **THE WASHINGTON REDSKINS**
21300 Redskin Park Dr, Ashburn, VA 20147
████████████████████████████████████

. . . . . . . . . . . . . .


---

**From:** Moira Penza ████████████████████████
**Sent:** Saturday, July 18, 2020 8:13 AM
**To:** Will Rawson ████████████████████
**Subject:** RE: Materials

Thanks!

**From:** Will Rawson ████████████████████
**Sent:** Saturday, July 18, 2020 1:10 AM
**To:** Moira Penza ████████████████████
**Subject:** RE: Materials

Hi Moira. I'll confirm with our IT and circle back!

Best,



**Will Rawson**
General Counsel | **THE WASHINGTON REDSKINS**
21300 Redskin Park Dr, Ashburn, VA 20147
████████████████████████████████████

. . . . . . . . . . . . . .


---

**From:** Moira Penza ████████████████████████
**Sent:** Saturday, July 18, 2020 1:05 AM
**To:** Will Rawson ████████████████████
**Subject:** RE: Materials

Thanks Will. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

**From:** Will Rawson ████████████████████
**Sent:** Saturday, July 18, 2020 12:04 AM

2

**To:** Moira Penza
**Subject:** RE: Materials

Hi Moira. Thanks for the call today.

Best,
Will




**Will Rawson**
General Counsel | **THE WASHINGTON REDSKINS**
21300 Redskin Park Dr, Ashburn, VA 20147



**From:** Will Rawson
**Sent:** Friday, July 17, 2020 4:53 PM
**To:** 'Moira Penza'
**Subject:** RE: Materials


**Will Rawson**
General Counsel | **THE WASHINGTON REDSKINS**
21300 Redskin Park Dr, Ashburn, VA 20147



**From:** Moira Penza
**Sent:** Friday, July 17, 2020 4:50 PM
**To:** Will Rawson
**Subject:** RE: Materials

Thanks! I'll call you in 10. Office or cell?

3

**From:** Will Rawson
**Sent:** Friday, July 17, 2020 4:45 PM
**To:** Moira Penza
**Subject:** RE: Materials

Hi Moira. Yep, available rest of today. When is convenient?



**Will Rawson**
General Counsel | **THE WASHINGTON REDSKINS**
21300 Redskin Park Dr, Ashburn, VA 20147



---

**From:** Moira Penza
**Sent:** Friday, July 17, 2020 4:42 PM
**To:** Will Rawson
**Subject:** RE: Materials

Do you have time for a brief call? Thanks!

**From:** Moira Penza
**Sent:** Friday, July 17, 2020 10:32 AM
**To:** 'Will Rawson'
**Subject:** RE: Materials

Thanks Will.

---

**From:** Will Rawson
**Sent:** Thursday, July 16, 2020 10:24 PM
**To:** Moira Penza
**Subject:** RE: Materials



Best,
Will



**Will Rawson**
General Counsel | **THE WASHINGTON REDSKINS**
21300 Redskin Park Dr, Ashburn, VA 20147

4



**From:** Moira Penza
**Sent:** Thursday, July 16, 2020 1:53 PM
**To:** Will Rawson
**Subject:** Materials

Hi Will,

I know you are likely to have your hands full today, but when you do get a chance if you could send the following it would be very helpful.

Moira Penza | Partner
**WILKINSON WALSH LLP**
130 W 42nd Street, 24th Floor, New York, NY 10036
Direct: (929) 264-7773 | Fax: (202) 847-4005
mpenza@wilkinsonwalsh.com
wilkinsonwalsh.com

The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the intended addressee. It is the property of Wilkinson Walsh LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

5

# EXHIBIT W18-A

| | |
|---|---|
| **From:** | Moira Penza |
| **To:** | Will Rawson |
| **Subject:** | RE: ███████████  ██████ Concerns |
| **Date:** | Wednesday, July 22, 2020 6:11:08 PM |

Thanks for all the emails yesterday, Will. ████████████████████████████████████████████████████████████████████████████████████████

**From:** Will Rawson ████████████████████
**Sent:** Tuesday, July 21, 2020 11:27 PM
**To:** Moira Penza <████████████████████
**Subject:** RE: ████████████████ ██████ Concerns

Hi Moira.  Thanks for the call today.

████████████████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████

Best,
Will

**Will Rawson**
General Counsel | **THE WASHINGTON REDSKINS**
21300 Redskin Park Dr, Ashburn, VA 20147
████████████████████████████████████

. . . . . . . . . . . . . .

**From:** Moira Penza ████████████████████
**Sent:** Tuesday, July 21, 2020 5:01 PM
**To:** Will Rawson ████████████████████
**Subject:** ████████████████ ████████████

Will,

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████████████████

███████████████████████████
████████████

Thanks,
Moira

**Moira Penza** | Partner
**WILKINSON WALSH LLP**
130 W 42nd Street, 24th Floor, New York, NY 10036
████████████████████████
██████████████████
████████████

The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the intended addressee. It is the property of Wilkinson Walsh LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

# EXHIBIT W18-B

**From:** Will Rawson
**Sent:** Wednesday, July 22, 2020 6:19 PM
**To:** Norman Chirite
**Subject:** FW: ▉▉▉▉▉▉▉▉▉ Concerns

Norm, FYI below.

**Will Rawson**
General Counsel | THE WASHINGTON REDSKINS
21300 Redskin Park Dr, Ashburn, VA 20147

---

**From:** Moira Penza ▉▉▉▉▉▉▉▉
**Sent:** Wednesday, July 22, 2020 6:11 PM
**To:** Will Rawson ▉▉▉▉▉▉
**Subject:** RE: ▉▉▉▉▉▉▉▉▉ Concerns

Thanks for all the emails yesterday, Will. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

---

**From:** Will Rawson ▉▉▉▉▉▉▉
**Sent:** Tuesday, July 21, 2020 11:27 PM
**To:** Moira Penza ▉▉▉▉▉▉▉
**Subject:** RE: ▉▉▉▉▉▉▉▉▉ Concerns

Hi Moira. Thanks for the call today.

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Best,
Will

**Will Rawson**
General Counsel | THE WASHINGTON REDSKINS
21300 Redskin Park Dr, Ashburn, VA 20147

---

**From:** Moira Penza <mpenza@wilkinsonwalsh.com>
**Sent:** Tuesday, July 21, 2020 5:01 PM
**To:** Will Rawson ▉▉▉▉▉▉▉
**Subject:** Victim/Former Employee Retaliation Concerns

Will,

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Thanks,
Moira

**Moira Penza** | Partner
WILKINSON WALSH LLP
130 W 42nd Street, 24th Floor, New York, NY 10036

The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the intended addressee. It is the property of Wilkinson Walsh LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.