# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

David P. Donovan
             Plaintiff,
v.

Beth A. Wilkinson,
             Defendant.

Civil Action No. 1:20-cv-1344

## DECLARATION OF BRENDAN V. SULLIVAN JR.

I, Brendan V. Sullivan Jr., declare under penalty of perjury:

1.  I have personal knowledge of the facts set forth in this Declaration.

2.  I have been a member of the D.C. Bar since 1970.  I have been a lawyer with Williams & Connolly since January 2, 1970.

3.  I attach as Exhibit W23 my Williams & Connolly biography which details my experience, credentials and summarizes some of the cases that I have handled in my career.

4.  In ███████████ I was retained to represent ████ ███████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ██████████████████████████████

5.  In the summer of 2020, through public reporting, I became aware that the now Washington Football Team had engaged Beth Wilkinson and her firm to conduct an independent investigation of allegations of sexual harassment and misconduct by Team employees, officials and executives.

6.  On ███████████ I was contacted by two different lawyers ████████████████ representing ████████████████ in separate calls ████████████████████ ████████████████████████████████████████████. On ████████████ I was called by another ████████ lawyer ███████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████

7. I was first contacted by Beth Wilkinson ███████ and had additional contact with her thereafter. ███████████ I received an email from Ms. Wilkinson concerning the subject of our prior communications. In the email, she stated that she represented ████ and that █████ retained her firm to conduct a confidential privileged internal investigation. She further stated that she was authorized ████████████████████████████ ████████████████ for the limited purpose of speaking with Ms. Wilkinson and her firm. Ms. Wilkinson further stated that █████████████ ██████████████████████████████ A copy of her email communication to me is attached as Exhibit W24.

8. I am professionally acquainted with Ms. Wilkinson and know her to be a skilled and ethical attorney. Her request and the basis for it was supported by the surrounding circumstances, including the public disclosure of the fact of her investigation ███████████████ support for her work.

9. ███████████████████████████████ At that time, I informed Mr. Walsh ████████████████ ████

10. In our conversations, Ms. Wilkinson was clear that ██████████████████ ████████████████████████████████ ████████████████

11. On October 13, 2020, I received a letter from ███████████████████████████████
████████████████████████████████████████████████████████
████████ ████████████████████████████████████████
████████████████████████████████████████████
████████ A copy of ████████ letter is attached as Exhibit W25.

12. I responded to █████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████

13. I copied Ms. Wilkinson on my letter ████████████████████████████████
████████████

14. David Donovan was ██████████████████ He has never sought authorization from my
    client to be interviewed by Wilkinson Walsh.

I declare under penalty of perjury that the foregoing is true and corrected.

Executed on November 20, 2020



Brendan V. Sullivan, Jr.

3

# EXHIBIT W23

# WILLIAMS & CONNOLLY LLP®

# Brendan V. Sullivan Jr.

**Partner**

Brendan Sullivan is a senior partner at the firm with 50 years of litigation experience in federal and state courts throughout the country. Mr. Sullivan is recognized nationally as one of the best known and most able trial lawyers in America, with an extraordinary record of successes. His principal areas of practice include all types of complex commercial litigation, including securities, antitrust, banking, RICO, and license disputes; the defense of major law firms in malpractice cases and the defense of accounting firms; products liability and mass tort; will contests; as well as high-profile criminal litigation. Typical clients include Fortune 500 companies involved in criminal investigations, litigation, internal investigations, or government regulatory matters.

In keeping with Williams & Connolly's long tradition of representing individuals charged with white collar criminal violations, one area of Mr. Sullivan's national practice continues to be the defense of persons caught up in the high-profile case. Such cases include the representation of Lt. Col. Oliver North and former HUD Secretary Henry Cisneros. Both involved massive legal battles against large prosecutorial teams working at the direction of specially appointed "Independent Counsels" with unlimited resources. In 2008-2009, Mr. Sullivan defended U.S. Senator Ted Stevens. The case was dismissed when Mr. Sullivan and his team uncovered government misconduct that corrupted the trial. In December 2009, a federal district court in California dismissed the options backdating indictment of Mr. Sullivan's client, Dr. Henry Nicholas, the co-founder of Broadcom. This case, too, was dismissed based upon misconduct of the government. Though all cases vary and none is predictive, other cases have involved major federal investigations and prosecutions of corporations and their senior executives in industries such as defense, healthcare, food production and distribution, agriculture, international trade, finance, securities, banking, and manufacturing. A major civil case includes the successful defense of Dick Grasso, CEO of the New York Stock Exchange, in litigation brought by the Attorney General of New York.

His peers and the media have repeatedly recognized Mr. Sullivan as one of today's most respected trial lawyers. ABC World News named him "Person of the Week" praising the manner in which he handled six days of televised congressional hearings in the Iran-Contra matter. A *New York Times* editorial attributed the subsequent courtroom victory to North's "battling lawyers." The *Washington Post* has described him as a "world class lawyer." *The National Law Journal* regularly lists him as among "America's One Hundred Most Influential Lawyers." *Benchmark Litigation* listed Mr. Sullivan as one of the top 100 trial lawyers in America in the 2014 to 2016 editions of *Benchmark's Top 100 Trial Lawyers*. *Chambers*



bsullivan@wc.com

D 202-434-5800

**Education**

Georgetown University Law Center,
Honorary Doctor of Law, 2011
Georgetown University Law Center,
J.D., 1967
Georgetown University, A.B., 1964

**Practice Focus**

Commercial Litigation
Congressional Investigations
Criminal Antitrust
Criminal Defense and Government
Investigations
Directors and Officers Liability
False Claims Act and Qui Tam
Federal Programs and Government
Contracts
Financial Services and Banking
Foreign Corrupt Practices Act
("FCPA")
Public Corruption
Securities Litigation
Tax Controversy

**Recognitions**

# WILLIAMS & CONNOLLY LLP®

*USA* reported in their 2017 edition that he "enjoys an ironclad reputation as a white-collar specialist and trial maestro," and quotes a source describing him as "one of the greatest lawyers ever." In 2018, *Chambers* again recognized him as "a standout trial lawyer in the white-collar space" and a "tough, aggressive and tenacious" advocate for clients. In 2010, *The National Law Journal* listed Mr. Sullivan among "The Most Influential Lawyers of the Decade" (2000-2009) in litigation. The *Washingtonian* magazine called him "D.C.'s Toughest Lawyer" and in a survey of 500 leading lawyers in Washington, Mr. Sullivan was ranked "Number One" and was regarded as "unmatched in preparation, quick-wittedness and aggressiveness." In 2009, the *Washingtonian* listed him "Number One" again. The *Legal Times* listed him as the "Best Counsel Available" in Washington and identified him as "the leader" of the group. In 2006, *Legal Times* identified him as "The Leading Lawyer in White Collar Criminal Defense" as chosen by the D.C. legal community.

Mr. Sullivan received the 2017 "Champion of Justice Award" from the Mid-Atlantic Innocence Project, an organization dedicated to fighting injustice in D.C., Maryland, and Virginia by bringing comprehensive legal assistance to individuals facing wrongful convictions and incarceration.

Born and raised in Rhode Island, Mr. Sullivan received his A.B. from Georgetown University in 1964 and his J.D. from Georgetown University Law Center. He is a fellow in the American College of Trial Lawyers, and was awarded an honorary Doctor of Law by Georgetown University Law Center in 2011. Mr. Sullivan served on the Williams & Connolly Executive Committee for 25 years.



Fellow, American College of Trial Lawyers

"National and Local Litigation Star," *Benchmark Litigation*, 2012-2021

"Litigation: White Collar Crime & Government Investigations (D.C.)," *Chambers USA*, 2007-2020

"Litigation: Trial Lawyers (Nationwide)," *Chambers USA*, 2009-2020

"Litigation: Trial Lawyers – USA (Global)," *Chambers USA*, 2019-2020

Recognized as one of *The Best Lawyers in America ®*, 1993-2021

"Leading Lawyer" in the category of White-Collar Criminal Defense, *Legal 500*, 2015-2019

"Washington's Top Lawyers," in the category of Criminal Defense & White Collar, *Washingtonian* magazine, 2017-2018

"Litigation: Trial Lawyers (Star Individuals) (Nationwide)," *Chambers USA*, 2009-2017

Inducted into Hall of Fame for Corporate Investigations and White-Collar Criminal Defense, *Legal 500*, 2017, 2020

"Top 100 Trial Lawyers in America,"

# WILLIAMS & CONNOLLY LLP®

*Benchmark Litigation*, 2013-2016

"Litigation: General Commercial (DC)," *Chambers USA*, 2004-2016

"Washington's Best Lawyers," *Washingtonian* magazine, 2007-2015

Inducted into *Lawdragon* Hall of Fame, 2015

"500 Leading Lawyers in America," *Lawdragon*, 2010-2014

"100 Most Influential Lawyers in America," *The National Law Journal*, 2013

"Washington, D.C. Criminal Defense: White-Collar Lawyer of the Year," *The Best Lawyers in America ®*, 2012

"Most Influential Lawyers," *The National Law Journal*, 2011

"Stars of the Bar," *Washingtonian* magazine, 2007, 2009, and 2011

"Washington, D.C. Bet-the-Company Litigation Lawyer of the Year," *The Best Lawyers in America ®*, 2011

"The Decade's Most Influential Lawyers," *The National Law Journal*, 2010

"Greatest Washington Lawyers of the Last 30 Years," *Legal Times*, 2008

"Leading Lawyers," *Legal Times*, 2006

"Top Five Lawyers in Washington, D.C.," *Washingtonian* magazine, 2004

**Admissions**

# WILLIAMS & CONNOLLY LLP®

District of Columbia
Rhode Island
United States Supreme Court
United States Court of Appeals for the
  District of Columbia, Second, Third,
  Fourth, Sixth, and Ninth Circuits
United States District Court for the
  District of Columbia, Maryland, and
  Rhode Island
United States Court of Federal Claims
United States Court of Appeals
  Federal Circuit

## Government Service

Captain, United States Army, 1968-
  1969

# EXHIBIT W24

**From:** Beth Wilkinson
**Sent:** █████████████████████
**To:** Brendan Sullivan Jr.
**Subject:** ████████████████████

Dear Brendan:

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████

████████████████████████████████████

Beth

**Beth Wilkinson** | Founding Partner
**WILKINSON WALSH LLP**
2001 M Street NW, 10th Flr, Washington, DC 20036
████████████████████████████
██████████████████████

wilkinsonwalsh.com

# EXHIBIT W25



**Via Email** ███████████████

Williams & Connolly LLP
Attn:  Brendan V. Sullivan, Jr., Esq.
725 Twelfth Street, NW
Washington, D.C.  20005

███████████████████

Dear Mr. Sullivan:

# EXHIBIT W26



