IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DAVID P. DONOVAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BETH A. WILKINSON, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 1:20cv1344 (AJT/IDD) |

## PRAECIPE

Pursuant to the Court's order of September 13, 2021, all parties to this litigation hereby advise the Court that there are no redaction issues that remain outstanding subsequent to Judge Trenga's August 31, 2021 Order. On October 8, 2021, the parties jointly filed versions of the pleadings designated as Dkt. Nos. 193, 203, 207, 211, 215, 218, 221, and 225, redacted consistent with this Court's prior guidance, as modified by Judge Trenga's August 31, 2021 Order.

Dated: October 15, 2021

Respectfully submitted,

By: /s/ *Cathy A. Hinger*
Cathy A. Hinger (VSB No. 46293)
Lela M. Ames (VSB No. 75932)
Claire J. Rauscher (admitted *pro hac vice*)
WOMBLE BOND DICKINSON (US) LLP
1200 Nineteenth Street, N.W., Suite 500
Washington, DC 20036
Telephone: 202-857-4489
Facsimile: 202-261-0029
Email: cathy.hinger@wbd-us.com
Email: lela.ames@wbd-us.com
Email: claire.rauscher@wbd-us.com

*Counsel for Plaintiff*

By: */s/ Jared Paul Marx*
Thomas G. Connolly (VA Bar No. 29164)
Thomas B. Mason (*pro hac vice*)
Jared Paul Marx (VA Bar No. 91213)
HARRIS, WILTSHIRE & GRANNIS, LLP
1919 M Street N.W., 8th Floor
Telephone: (202) 730-1300
Fax: (202) 730-1301
tconnolly@hwglaw.com
tmason@hwglaw.com
jmarx@hwglaw.com

*Counsel for Defendant*


By: */s/ John L. Brownlee*                    .
John L. Brownlee (VSB No. 37358)
Stuart G. Nash (*pro hac vice*)
Robert J. Farlow (VSB No. 87507)
David L. Haller (*pro hac vice*)
Holland & Knight LLP
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Phone: 202.955.3000
Facsimile: 202.955.5564
john.brownlee@hklaw.com
stuart.nash@hklaw.com
robert.farlow@hklaw.com
david.haller@hklaw.com

*Counsel for Intervenor*
*Pro-Football, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October 2021, I electronically filed the foregoing document using the Court's CM/ECF system, and a copy of this filing will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing.

/s/ *John L. Brownlee*
John L. Brownlee (VSB No. 37358)

*Counsel for Intervenor*
*Pro-Football, Inc.*